IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:12-cv-60460- WJZ

**A.R.**, by and through her next friend, Susan Root; **C.V.**, by and through his next friends, Michael and Johnette Wahlquist; **M.D.**, by and through her next friend, Pamela DeCambra; **C.M.**, by and through his next friend, Norine Mitchell; **B.M.**, by and through his next friend, Kayla Moore; **T.F.**, by and through his next friend, Michael and Liz Fauerbach; each individually, and on behalf of all other children similarly situated in the State of Florida,

    Plaintiffs,

**v.**

**ELIZABETH DUDEK**, in her official capacity as Secretary of the Agency for Health Care Administration; **HARRY FRANK FARMER, JR.**, in his official capacity as the state Surgeon General of the Florida Department of Health; **KRISTINA WIGGINS**, in her official capacity as Deputy Secretary of the Florida Department of Health and Director of Children's Medical Services, and **eQHEALTH SOLUTIONS, INC.**, a Louisiana non-profit corporation,

    Defendants.
_____/

## ORDER GRANTING UNOPPOSED MOTION TO CONSOLIDATE AND INCORPORATED MEMORANDUM OF LAW

THIS CAUSE is before the Court upon the Plaintiffs' Unopposed Motion to Consolidate and Incorporated Memorandum of Law. The Court has carefully considered the Motion, notes that it is unopposed, and is otherwise fully advised in the premises thereof, it is

A.R. v. DUDEK
Case No.: 0:12-cv-60460- WJZ
Page 2 of 2

**ORDERED AND ADJUDGED** that said Motion to Consolidate and Incorporated memorandum of Law is **GRANTED**. This case is hereby transferred to Judge Zloch for consolidation with **T.H.** and **A.C.** v. **ELIZABETH DUDEK**, et al., Case No.: 12-CV-60461-WPD.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida this_____ day of April, 2012.

_____
WILLIAM P. DIMITROULEAS
U.S. District Judge

Copies furnished to:
Counsel of record