**IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION**

**CASE NO.: 12-60460-CIVZLOCH**

**A.R.**, by and through her next friend, Susan Root; **C.V.**, by and through his next friends, Michael and Johnette Wahlquist; **M.D.**, by and through her next friend, Pamela DeCambra; **C.M.**, by and through his next friend, Norine Mitchell; **B.M.**, by and through his next friend, Kayla Moore; **T.F.**, by and through his next friend, Michael and Liz Fauerbach

      Plaintiffs,

**v.**

**ELIZABETH DUDEK**, in her official capacity as Secretary of the Agency for Health Care Administration; **HARRY FRANK FARMER, JR.**, in his official capacity as the state Surgeon General of the Florida Department of Health; **KRISTINA WIGGINS**, in her official capacity as Deputy Secretary of the Florida Department of Health and Director of Children's Medical Services, and **eQHEALTH SOLUTIONS, INC.**, a Louisiana non-profit corporation,

      Defendants.

_____

**T.H.**, by and through her next friend, Paolo Annino; and **A.C.**, by and through his next friend, Zurale Cali; each individually, and on behalf of all others who are similarly situated in the State of Florida

      Plaintiffs,

v.

Law Offices of Matthew W. Dietz, P.L.*2990 SW 35th Avenue* Miami, Florida 33133

**ELIZABETH DUDEK**, in her official capacity as Secretary of the Agency for Health Care Administration; **HARRY FRANK FARMER, JR.**, in his official capacity as the state Surgeon General of the Florida Department of Health; **KRISTINA WIGGINS**, in her official capacity as Deputy Secretary of the Florida Department of Health and Director of Children's Medical Services

      Defendants

_____/

### UNOPPOSED MOTION FOR AN EXTENSION OF TIME TO FILE AMENDED COMPLAINT

COMES NOW, the Plaintiffs, Plaintiffs, A.R., by and through her next friend, Susan Root; C.V., by and through his next friends, Michael and Johnette Wahlquist; M.D., by and through her next friend, Pamela DeCambra; C.M., by and through his next friend, Norine Mitchell; B.M., by and through his next friend, Kayla Moore; T.F., by and through his next friends, Michael and Liz Fauerbach,  T.H., by and through her next friend, Paolo Annino; and A.C., by and through his next friend, Zurale Cali; each individually, and on behalf of all others who are similarly situated in the State of Florida by and through their undersigned counsel, hereby file this unopposed motion for an extension of time until Friday, May 18, 2012 to file a consolidated amended complaint and states as follows:

1.      On May 11, 2012, this court granted the Plaintiffs' unopposed motion to consolidate in *A.R., et. al. v. ELIZABETH DUDEK*, et al., Case No.: 12-60460-CIV-ZLOCH (D.E. 14).  In doing so, the Court consolidated Case No. 12-60460 (at risk

children complaint) and 12-60461(institutionalized children complaint) into one case and dismissed 12-60461 for statistical purposes.  In addition, the Court ordered the defendants in the institutionalized children complaint (60461) to refile their motion to dismiss in the consolidated case (now 12-60460) by May 16, 2012.

2.      As the Plaintiffs were going to file an amended complaint in the at risk children complaint, the plaintiffs now believe that it would reduce unnecessary confusion and promote judicial efficiency to have one consolidated complaint, and responsive motions filed against one consolidated complaint.

3.      The Plaintiffs would like leave to file a consolidated amended complaint, and respectfully request up to Friday, May 18, 2012 to do so.

4.      The undersigned has conferred with counsel for Defendants and counsel for Defendants have no objection to this brief enlargement of time.

5.      This request is being made in good faith and not for the purposes of undue delay.

WHEREFORE, Plaintiffs move for leave to file amended complaint on or before Friday, May 18, 2012 and for such other further relief as this Court deems just and proper.

Respectfully submitted this 15th day of May, 2012.

**Law Offices of Matthew W. Dietz, P.L.**

BY:  s/ Matthew Dietz
Matthew W. Dietz
Fla. Bar No. 84905
*Matthewdietz@usdisabilitylaw.com*
2990 SW 35th Ave.

Law Offices of Matthew W. Dietz, P.L.*2990 SW 35th Avenue* Miami, Florida 33133

A.R., et al. v. DUDEK, et. Al.
Case No. 12-CV-60460
Page 4 of 5

Miami, FL 33133
Phone: (305) 669-2822
Fax:    (305) 442-4181
Lead Trial Attorney

**FSU College of Law Public Interest Law Center**

BY: s/ Paolo G. Annino
Paolo G. Annino
Florida Bar No. 0379166
*PAnnino@law.fsu.edu*
425 W. Jefferson Street
Tallahassee, FL 32306
Phone: (850) 644-9928
Fax:    (850) 644-0879
Co-counsel

And

**The North Florida Center For Equal Justice, Inc.**

BY: s/ Jamie Ito
Jamie Ito
Florida Bar No. 13553
*jamie@nfcfej.org*
Edward J. Grunewald
Fla. Bar No. 612472
*egrunewald@nfcfej.org*
Jill B. Zaborske
Fla. Bar No. 621005
*jill@nfcfej.org*
2121 Delta Blvd.
Tallahassee, FL 32303
Phone: (850) 701-3980
Fax:    (850) 701-3985
Co-counsel

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that true and correct copies of the foregoing were served upon the following via CM/ECF and U.S. Mail on this 15th day of May, 2012.

Law Offices of Matthew W. Dietz, P.L.*2990 SW 35th Avenue* Miami, Florida 33133

A.R., et al. v. DUDEK, et. Al.
Case No. 12-CV-60460
Page 5 of 5

BY:  s/ Matthew Dietz
Matthew W. Dietz

Lisa Scoles
Harry Osborne Thomas
Radey Thomas Yon & Clark, P.A.
301 S. Bronough Street
Suite 200
Tallahassee, FL 32301
Attorney for eQHealth

Nicholas William Romanello
4052 Bald Cypress Way, Bin A02
Tallahassee, Florida 32399-1703
Attorney for Farmer and Wiggins

Andrew T. Sheeran
Beverly H. Smith
2727 Mahan Drive
Building 3, MS #3
Tallahassee, FL 32308
Attorneys for Dudek

Law Offices of Matthew W. Dietz, P.L.*2990 SW 35th Avenue* Miami, Florida 33133