UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-60460-CIV-ZLOCH

A.R. et al.,

      Plaintiffs,

                                  **O R D E R**

vs.

ELIZABETH DUDEK, et al.,

      Defendants.

_____/

THIS MATTER is before the Court upon Defendant eQHealth's Motion To Dismiss Plaintiffs' Amended Consolidated Complaint (DE 30), Defendant eQHealth's Request For Oral Argument On eQHealth's Motion To Dismiss Plaintiffs' Amended Consolidated Complaint (DE 31), and Defendants Elizabeth Dudek, Harry Frank Farmer, Jr., and Kristina Wiggins' Joint Motion To Dismiss (DE 32).  The Court has carefully reviewed said Motions, the entire court file and is otherwise fully advised in the premises.

The Court notes that the legal issues raised by the aforementioned Motions to Dismiss (DE Nos. 30 & 32) are more properly addressed in Motions For Summary Judgment, when discovery may present the Court with a full record upon which it may address and decide said issues.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** as follows:

1. Defendant eQHealth's Motion To Dismiss Plaintiffs' Amended Consolidated Complaint (DE 30) and Defendants Elizabeth Dudek,

Harry Frank Farmer, Jr., and Kristina Wiggins' Joint Motion To Dismiss (DE 32) be and the same are hereby **DENIED**; and

2. Defendant eQHealth's Request For Oral Argument On eQHealth's Motion To Dismiss Plaintiffs' Amended Consolidated Complaint (DE 31) be and the same is hereby **DENIED** as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___17th___ day of July, 2012.

_____
WILLIAM J. ZLOCH
United States District Judge

Copies furnished:

All Counsel Of Record