UNITED STATES DISTRICT COURT
for the
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

T.H., *et al.*,

        Plaintiffs,

v.

        No. 12-60460-CIV-ROSENBAUM/SELTZER

ELIZABETH DUDEK, *et al.*,

        Defendants.

_____/

**DECLARATION OF MICHAEL PORTMAN IN SUPPORT OF DEFENDANTS DUDEK, FARMER, AND WIGGINS' MOTION TO BIFURCATE DISCOVERY AND/OR MOTION TO STAY CLASSWIDE DISCOVERY**

Pursuant to 28 U.S.C. § 1746, Michael Portman declares:

1. I am over 21 years of age and competent to testify as to the matters stated in this declaration.

2. I have personal knowledge of the facts stated in this declaration.

3. I am the Area Eight Medicaid Medical/Health Care Program Analyst for the Agency for Health Care Administration (AHCA). In that position, I am responsible for Data Analysis. I have held this position since December 17, 2004.

4. In Plaintiffs' Second Request For Production To Defendant Elizabeth Dudek, in her official capacity as Secretary of AHCA, item number 10 requests the complete files of child Medicaid recipients in nursing homes for the years 2007, 2008, 2009, 2010, 2011, and 2012.

5. Based on my review of AHCA records, 812 children were enrolled in Medicaid while in nursing homes during the years 2007-2012 to date. These numbers include children who were Medicaid-enrolled secondary to Medicare and children in Hospice. Documents related to these children are housed throughout the State in files that are not child-specific

6. It would take 15 AHCA employees approximately 213.7 total hours and cost approximately $5,671.60 in compensation to those employees, plus $34,221.92 in estimated copying costs to compile and produce the requested material.



EXHIBIT E

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 2nd day of November, 2012.

_____
Michael Portman