UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

Case No. 0:12-cv-60460-CIV-ROSENBAUM

**T.H.**, by and through her next friend, Paolo
Annino; et al.,

    Plaintiffs,

**v.**

**ELIZABETH DUDEK**, et al.,

    Defendants.
_____/

STATEMENT OF THE UNITED STATES OF AMERICA
REGARDING PLAINTIFFS' MOTION FOR CONSOLIDATION

The United States respectfully submits this statement regarding Plaintiffs' motion to consolidate the present litigation with *United States v. State of Florida*, No. 0:13-61576-CIV-ROSENBAUM, which the United States filed in this district on July 22, 2013 as a related case to this litigation.

The United States does not oppose consolidation. Consolidation would not, as defendants argue, require a delay of the *United States v. Florida* litigation, as merits discovery in the consolidated cases could remain ongoing during class certification proceedings.

Dated: October 25, 2013                 Respectfully submitted,

WIFREDO A. FERRER                       JOCELYN SAMUELS
United States Attorney                  Acting Assistant Attorney General
Southern District of Florida

                                              EVE L. HILL
Deputy Assistant Attorney General

REBECCA B. BOND
Chief
SHEILA M. FORAN
Special Legal Counsel
ANNE S. RAISH
Deputy Chief

*/s/ Veronica Harrell-James*               */s/ Travis W. England*
VERONICA HARRELL-JAMES               TRAVIS W. ENGLAND, Bar ID A5501768
Assistant United States Attorney     BETH A. ESPOSITO, Bar ID A5501719
Fla. Bar No. 644791                  H. JUSTIN PARK, Bar ID A5501860
99 N.E. 4th Street                   JOY LEVIN WELAN, Bar ID A5501767
Miami, FL 33132                      Trial Attorneys
Telephone:     (305) 961-9327        Disability Rights Section
Facsimile:     (305) 530-7139        Civil Rights Division
Veronica.Harrell-James@usdoj.gov     U.S. Department of Justice
                                     950 Pennsylvania Avenue, N.W. - NYA
                                     Washington, DC 20530
                                     Telephone:     (202) 307-0663
                                     Facsimile:     (202) 307-1197
                                     Travis.England@usdoj.gov
                                     *Counsel for Plaintiff United States of America*

## **CERTIFICATE OF SERVICE**

I hereby certify that on October 25, 2013, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that the a true and correct copy of the foregoing document was served on October 25, 2013 on all counsel of record or parties identified on the Service List below in the manner specified below, via transmission of Notices of Electronic Filing generated by CM/ECF.

*/s/ Joy Levin Welan*
Joy Levin Welan

**SERVICE LIST**

| | |
|---|---|
| Edward J. Grunewald<br>Jamie Ito<br>Jill B. Zaborske<br>The North Florida Center for Equal Justice, Inc.<br>2121 Delta Boulevard<br>Tallahassee, FL 32306<br>Phone: 850-701-3980<br>Fax: 850-701-3985<br>E-mail:egrunewald@nfcfej.org<br>           jamie@nfcfej.org<br>           jill@nfcfej.org<br>Attorneys for Plaintiffs | Paolo G. Annino<br>FSU College of Law Public Interest Law Center<br>425 W. Jefferson Street<br>Tallahassee, FL 32306<br>Phone: 850-644-9928<br>Fax: 850-644-0879<br>E-mail: pannino@law.fsu.edu<br>Attorney for Plaintiffs |
| Matthew W. Dietz<br>2990 SW 35th Avenue<br>Miami, FL 33133<br>Phone: 305-669-2822<br>Fax: 305-442-4181<br>E-mail: matthewdietz@usdisabilitylaw.com<br>Attorney for Plaintiffs | Michael Garrett Austin<br>DLA Piper LLP (US)<br>200 South Biscayne Boulevard, Suite 2500<br>Miami, FL 33131<br>Phone: 305-423-8522<br>Fax: 305-437-8131<br>E-mail: michael.austin@dlapiper.com<br>Attorney for Defendants Dudek, Farmer, and Wiggins |
| Andrew T. Sheeran<br>Leslei Gayle Street<br>Stuart Fraser Williams<br>Agency for Health Care Administration<br>Office of the General Counsel<br>2727 Mahan Drive, Building 3, MS #3<br>Tallahassee, FL 32308<br>Phone: 850-412-3630<br>Fax: 850-921-0158<br>E-mail:andrew.sheeran@ahca.myflorida.com<br>           leslei.street@ahca.myflorida.com<br>           stuart.williams@ahca.myflorida.com<br>Attorneys for Defendant Dudek | Jennifer A. Tschetter<br>Caryl Kilinski<br>Florida Department of Health<br>4052 Bald Cypress Way, Bin A-02<br>Tallahassee, FL 32399<br>Phone: 850-245-4353<br>Fax: 850-410-1448<br>E-mail:jennifer_tschetter@doh.state.fl.us<br>           caryl_kilinski@doh.state.fl.us<br>Attorneys for Defendants Farmer and Wiggins |

| | |
|---|---|
| Christopher Brian Lunny<br>Harry Osborne Thomas<br>Brittany Adams Long<br>Thomas Ames Crabb<br>Radey Thomas Yon & Clark<br>301 S. Bronough Street, Suite 200<br>P.O. Box 10967<br>Tallahassee, FL 32302<br>Phone: 850-425-6654<br>Fax: 850-425-6694<br>E-mail:clunny@radeylaw.com<br>　　　　hthomas@radeylaw.com<br>　　　　balong@radeylaw.com<br>　　　　tcrabb@radeylaw.com<br>Attorneys for Defendant eQHealth Solutions,<br>　Inc. | George N. Meros, Jr.<br>Gray Robinson<br>301 S Bronough Street, Suite 600<br>P.O. Box 11189 (32302)<br>Tallahassee, FL 32301<br>Phone: 850-577-9090<br>Fax: 850-577-3311<br>E-mail: gmeros@gray-robinson.com<br>Attorney for Defendants Dudek, Armstrong,<br>　and Philip |

2