IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 12-60460-CIV-ZLOCH/HUNT

A.R., by and through her next friend,
Susan Root, *et. al.,*

    Plaintiffs,

v.

ELIZABETH DUDEK, in her official
Capacity as Secretary of the Agency for
Health Care Administration, *et. al.,*

    Defendants.
_____/

## PLAINTIFFS' NOTICE OF NEW AUTHORITY REGARDING OBJECTIONS TO THE REPORT AND RECOMMENDATION ON PLAINTIFFS' SECOND RENEWED MOTION FOR CLASS CERTIFICATION

COMES NOW, Plaintiffs, A.R., by and through her next friend, Susan Root, et al., by and through their undersigned counsel and file the following case as new authority for their opposition to Plaintiff's objection (D.E. 397):

Holmes v. Godinez, Case No.: 1:11-cv-02961; 2015 U.S. Dist. LEXIS 137388 (N.D. Ill. Oct. 8, 2015), attached as Exhibit "A". The Court in Holmes, an ADA Title II case, did an in depth analysis of acertainability in class definition on pages 94 to 105 regarding a panoply of disability related services to persons with a wide range of hearing loss, and narrowed the class definition; and this Court also analyzed commonality within the context of Wal-Mart Stores, Inc. v. Dukes, 131 S.Ct. 2541 (2011) on pages 106 to 116, and found that system-wide policies serve as the "glue" to tie claims together.

Respectfully Submitted on this 29th day of October 2015.

**DISABILITY INDEPENDENCE GROUP**
2990 Southwest 35th Avenue
Miami, Florida 33133
T: (305) 669-2822 / F: (305) 442-4181
E-Mail: mdietz@justdigit.org
Lead Trial Attorney
By: s/ Matthew W. Dietz
    Matthew W. Dietz
    Fla. Bar No. 84905

**FSU College of Law Public Interest Law Center**
425 W. Jefferson Street
Tallahassee, FL 32306
Phone: (850) 644-9928
Fax:    (850) 644-0879
Email: *Pannino@law.fsu.edu*
Co-counsel

By:  s/ Paolo G. Annino
    Paolo G. Annino
    Florida Bar No. 0379166

**The North Florida Center For Equal Justice, Inc.**
2121 Delta Blvd.
Tallahassee, FL 32303
Phone: (850) 701-3980
Fax:    (850) 701-3985
Co-counsel

By: s/ Edward J. Grunewald
    Edward J. Grunewald
    Fla. Bar No. 612472
    *egrunewald@nfcfej.org*

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was served upon the following on October 29th, 2015.

BY: s/ Matthew W. Dietz

**Andrew T. Sheeran**
**Stuart F. Williams**
**Leslei G. Street**
Agency for Health Care Administration
2727 Mahan Drive, Building MS #3
Tallahassee, Florida 32308
Telephone: 850-412-3630
Facsimile: 850-921-0158
andrew.sheeran@ahca.myflorida.com
stuart.williams@ahca.myflorida.com
Leslei.Street@ahca.myflorida.com
Attorneys for Defendant
Agency for Health Care Administration

**Jennifer Ann Tschetter**
**Caryl Kilinski**
Florida Department of Health
4052 Bald Cypress Way Bin A-02
Tallahassee, Florida 32399
Telephone: 850-245-4398
Facsimile: 850-413-8743
Jennifer_Tschetter@doh.state.fl.us
caryl_kilinski@doh.state.fl.us
Attorneys for Defendant
Florida Department of Health

**George N. Meros, Jr.**
GrayRobinson, P.A.
Post Office Box 11189
Tallahassee, Florida 32302-3189
Telephone: 850-577-9090
Facsimile: 850-577-3311
george.meros@gray-robinson.com

**Travis W. England**
**Beth A. Esposito**
**H. Justin Park**
**Joy Levin Welan**
Disability Rights Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue, N.W. - NYA
Washington, D.C. 20530
Telephone: 202-307-0663
Facsimile: 202-307-1197
travis.england@usdoj.gov

**Veronica Harrell-James**
Assistant United States Attorney
99 N.E. 4th Street
Miami, Florida 33132
Telephone: 305-961-9327
Facsimile: 305-530-7139
veronica.harrell-james@usdoj.gov
Attorneys for Plaintiff
United States of America