UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.:  12-cv-60460-ZLOCH/HUNT

A.R., by and through her next friend,
Susan Root, *et al.*,

     Plaintiffs,

v.

ELIZABETH DUDEK, in her official
capacity as Secretary of the Agency for
Health Care Administration, *et al.*,

     Defendants.
_____/

UNITED STATES OF AMERICA,

     Plaintiff,

v.

THE STATE OF FLORIDA,

     Defendant.
_____/

**JOINT MOTION FOR LEAVE TO USE TRIAL PRESENTATION TECHNOLOGY
AND TO BRING ELECTRONIC DEVICES INTO THE COURTHOUSE**

Pursuant to Administrative Order 2006-16, issued by former Chief Judge William J. Zloch on July 31, 2006, Plaintiff, the United States of America; Plaintiffs, A.R. *et al.* ("Private Plaintiffs"); and Defendants, the State of Florida, Elizabeth Dudek, in her official capacity as Secretary of the Agency for Health Care Administration, Celeste Philip, M.D., in her official capacity as the State Surgeon General and Secretary of the Florida Department of Health; and Cassandra G. Pasley, in her official capacity as Director of Children's Medical Services of the Florida Department of Health (collectively, the "State"), jointly file this motion for leave to use trial presentation technology and to bring electronic devices into the courthouse during the trial in this matter. In support of this motion, the parties state the following:

1. The pre-trial conference in this case is scheduled for Friday, July 1, 2016 at 9:30 a.m. Trial may take place "any time after the pre-trial conference." [ECF No. 492].

2. As part of the pre-trial conferral process, the parties have discussed their technology needs at trial and determined that they both intend to present trial exhibits by means of trial presentation tools. This will require the parties to use some equipment currently installed in the courtroom and bring in certain other equipment. These tools will streamline the parties' presentation of evidence and allow the parties to make efficient use of the Court's time.

3. Specifically, counsel for the parties request permission to use the following equipment, which they understand is currently available in the courtroom: video monitors, video connections for laptop computers at counsel's table, the Elmo® Document Camera system, and the courtroom's audio system.

4. The parties further request permission for counsel to bring their cell phones into the courthouse.

5. The parties request that their counsel be permitted to bring laptop computers into the courtroom during the trial and to use those laptop computers in the courtroom during the trial for email and electronic access to proposed trial exhibits.

6. The parties request that their counsel's staff, such as paralegals and legal assistants, be permitted to bring laptop computers into the courtroom during the trial and to use those laptop computers for electronic access to proposed trial exhibits.

7. The parties request that their counsel's staff, such as paralegals and legal assistants, be permitted to bring their cellular telephones (with or without integrated cameras) into the courthouse for the purpose of communicating with counsel and witnesses while outside of the courtroom. The parties make this request chiefly to coordinate witness appearances and to be more readily able to resolve any other issues that might arise at trial, all with a view to a more efficient and orderly presentation of evidence at trial.

8. The parties request that representatives of Trial Consulting Services, the State's trial presentation vendor, and the Department of Justice Litigation Support staff be permitted to bring equipment including laptop computers, printer, cables, plugs, power strips, video switches, and other equipment necessary to operate trial presentation tools into the courtroom during the trial, to use such equipment for electronic access to and presentation of proposed trial exhibits through the trial presentation program Trial Director, and to bring their cellular telephones (with or without integrated cameras) into the courthouse for the purpose of communicating with counsel and their staff while outside of the courtroom.

9. The parties request that their counsel and counsel's staff be permitted to use the Internet in the courtroom by means of the laptop computers mentioned above, and to receive the transcript of this case by means of a live transcript program utilized by the Southern District

court reporter assigned to this trial.  The sole purpose of this request is to assist with the efficient and orderly presentation of their defense and not to violate the sanctity of the courtroom or disrupt the trial proceedings in any way.  Given the numerous and complex factual and legal issues in this case, the need for real-time access to transcripts of trial proceedings and facile communication between in-court counsel and out-of-court counsel and witnesses is crucial to an efficient and orderly presentation of evidence.

10. The State also requests that officials and employees of the Agency for Health Care Administration, the Department of Health, the Agency for Persons with Disabilities, and the Department of Children and Families be permitted to bring cellular telephones (with or without integrated cameras) into the courthouse.  Many of the agency officials and employees are key government personnel whose job responsibilities within their respective agencies require them to be accessible at all times by email or telephone.  Even a temporary inability to communicate promptly and effectively could lead to unforeseen and perhaps significant problems.  The State makes this request solely to avoid any disruption to residents of the State of Florida in the conduct of government affairs and the provision of government services by state agencies.

11. Granting this motion will not compromise courthouse security in any manner.  To this end, the parties consent to a personal security inspection of any laptop computer or cellular phone brought into the courthouse by their staff, counsel, or counsel's staff by the United States Marshals Service or its designee, upon entry into the United States District Court for the Southern District of Florida, Fort Lauderdale Division, that would ensure that any equipment is what it appears to be and verify that no dangerous weapon or other instrumentality has been incorporated into such equipment.

**WHEREFORE**, the United States, Private Plaintiffs, and the State of Florida respectfully request the Court enter an Order granting the parties leave to use trial presentation technology and to bring electronic devices into the courthouse during the trial in this matter.

|  |  |
|---|---|
|  | **FOR THE UNITED STATES:** |
| **Dated:** June 27, 2016 | Respectfully submitted, |
| WIFREDO A. FERRER<br>United States Attorney<br>Southern District of Florida | VANITA GUPTA<br>Principal Deputy Assistant Attorney General<br><br>EVE L. HILL<br>Deputy Assistant Attorney General<br><br>REBECCA B. BOND<br>Chief<br>ANNE S. RAISH<br>Principal Deputy Chief<br>JENNIFER K. MCDANNELL<br>Deputy Chief |
| */s/ Veronica Harrell-James*<br>VERONICA HARRELL-JAMES<br>Assistant United States Attorney<br>Fla. Bar No. 644791<br>99 N.E. 4th Street<br>Miami, Florida 33132<br>Telephone: (305) 961-9327<br>Facsimile: (305) 530-7139<br>Veronica.Harrell-James@usdoj.gov | */s/ Elizabeth E. McDonald*<br>ELIZABETH E. McDONALD, Bar ID A5502061<br>ELIZA DERMODY, Bar ID A5501986<br>TRAVIS W. ENGLAND, Bar ID A5501768<br>H. JUSTIN PARK, Bar ID A5501850<br>VICTORIA THOMAS, Bar ID A5502088<br>LINDSEY WEINSTOCK, Bar ID A5502063<br>Trial Attorneys<br>Disability Rights Section<br>Civil Rights Division<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, N.W. - NYA<br>Washington, D.C. 20530<br>Telephone: (202) 616-2985<br>Facsimile: (202) 307-1197<br>elizabeth.mcdonald@usdoj.gov<br><br>*Counsel for Plaintiff United States of America* |

**FOR THE STATE OF FLORIDA:**

Stuart F. Williams (FBN 670731)
General Counsel
Leslei G. Street (FBN 962023)
Chief Litigation Counsel
Andrew T. Sheeran (FBN 30599)
Assistant General Counsel
Agency for Health Care Administration
2727 Mahan Drive, MS #3
Tallahassee, Florida 32308
Telephone:  850-412-3630
Facsimile:  850-921-0158
Email:
   stuart.williams@ahca.myflorida.com
   leslei.street@ahca.myflorida.com
   andrew.sheeran@ahca.myflorida.com
*Attorneys for Defendant*, *Secretary Dudek*

J. Patrick Reynolds (FBN 95291)
Chief Legal Counsel
Florida Department of Health
4052 Bald Cypress Way, Bin #A02
Tallahassee, Florida 32399-1703
Telephone:  850-245-4005
Facsimile:  850-410-1448
Email:
   patrick.reynolds@doh.state.fl.us
*Attorneys for Defendants*, *Surgeon General Philip and Director Pasley*

/s/ *George N. Meros, Jr.*
George N. Meros, Jr. (FBN 263321)
Andy Bardos (FBN 822671)
Allison G. Mawhinney (FBN 44030)
James Timothy Moore, Jr. (FBN 70023)
Ashley Hoffman Lukis (FBN 106391)
GrayRobinson, P.A.
Post Office Box 11189
Tallahassee, Florida 32302-3189
Telephone:  850-577-9090
Facsimile:  850-577-3311
Email:
   george.meros@gray-robinson.com
   andy.bardos@gray-robinson.com
   allison.mawhinney@gray-robinson.com
   tim.moore@gray-robinson.com
   ashley.hoffman@gray-robinson.com
*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing was served by Notice of Electronic Filing on June 27, 2016 on all counsel of record identified on the Service List below.

                                              */s/ Elizabeth McDonald*
                                              Elizabeth McDonald

**SERVICE LIST**

| | |
|---|---|
| Edward J. Grunewald<br>The North Florida Center for Equal Justice, Inc.<br>2121 Delta Boulevard<br>Tallahassee, FL 32306<br>Phone: 850-701-3980<br>Fax: 850-701-3985<br>E-mail: egrunewald@nfcfej.org<br>Attorney for Plaintiffs A.R., *et al.* | Paolo G. Annino<br>FSU College of Law Public Interest Law Center<br>425 W. Jefferson Street<br>Tallahassee, FL 32306<br>Phone: 850-644-9928<br>Fax: 850-644-0879<br>E-mail: pannino@law.fsu.edu<br>Attorney for Plaintiffs A.R., *et al.* |
| Matthew Wilson Dietz<br>Rachel Goldstein<br>Disability Independence Group, Inc.<br>2990 Southwest 35th Avenue<br>Miami, FL 33133<br>Phone: 305-669-2822<br>Fax: 305-442-4181<br>E-mail: mdietz@justdigit.org<br>         rgoldstein@justdigit.org<br>Attorneys for Plaintiffs A.R., *et al.* | Patrick Reynolds<br>Florida Department of Health<br>4052 Bald Cypress Way, Bin #A-02<br>Tallahassee, FL 32399<br>Phone: 850-245-4353<br>Fax: 850-410-1448<br>E-mail: patrick.reynolds@flhealth.gov<br>Attorney for Defendants Philip and Pasley |
| Stuart Fraser Williams<br>Leslei Gayle Street<br>Andrew T. Sheeran<br>Agency for Health Care Administration<br>2727 Mahan Drive, Mail Stop #3<br>Tallahassee, FL 32308<br>Phone: 850-412-3630<br>Fax: 850-921-0158<br>E-mail: stuart.williams@ahca.myflorida.com<br>         leslei.street@ahca.myflorida.com<br>         andrew.sheeran@ahca.myflorida.com<br>Attorney for Defendants State of Florida and Dudek | George N. Meros, Jr.<br>Andy Bardos<br>Allison G. Mawhinney<br>James Timothy Moore, Jr.<br>Ashley Hoffman Lukis<br>GrayRobinson, P.A.<br>Post Office Box 11189<br>Tallahassee, FL 32302-3189<br>Phone: 850-577-9090<br>Fax: 850-577-3311<br>E-mail: george.meros@gray-robinson.com<br>         andy.bardos@gray-robinson.com<br>         allison.mawhinney@gray-robinson.com<br>         tim.moore@gray-robinson.com<br>         ashley.hoffman@gray-robinson.com<br>Attorney for Defendants State of Florida, Dudek, Philip, and Pasley |