UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 12-60460-ZLOCH/HUNT

C.V., by and through his next friends,
Michael and Johnette Wahlquist, *et al*.,

    Plaintiffs,

v.

JUSTIN M. SENIOR, in his official
capacity as Secretary of the Agency for
Health Care Administration, *et al*.,

    Defendants.
_____/

## THE STATE'S MOTION TO DISMISS T.H.'S CLAIMS AS MOOT

    Pursuant to Federal Rule of Civil Procedure 12(b)(1), Defendants, Justin M. Senior, in his official capacity as Secretary of the Agency for Health Care Administration; Celeste Philip, M.D., in her official capacity as the State Surgeon General and Secretary of the Florida Department of Health; and Cassandra G. Pasley, in her official capacity as Director of Children's Medical Services of the Florida Department of Health (collectively, the "State"), respectfully move the Court to dismiss T.H.'s claims as moot.

    1.    On August 30, 2016, the State moved to dismiss A.G.'s claims as moot. ECF No. 540. The State argued that Plaintiffs seek prospective relief from policies that the State allegedly applies to individuals under the age of twenty-one, and that, because A.G. had attained the age of twenty-one, those policies no longer applied to A.G. and could not cause him future harm.

    2.    This Court agreed and dismissed A.G.'s claims. ECF No. 596. It explained that "this case has focused exclusively on the State's administration of its Medicaid program to <u>children</u>," *id*. at 6 (emphasis in original), and that "[a]ny fair reading of the Complaint . . . confirms that this case concerns only children and the State's administration of its Medicaid plan to children," *id*. at 12. Because A.G. was no longer under the age of twenty-one, A.G.'s claims were moot.

3.      T.H. was born on February 25, 1996, *see* ECF No. 62 at 16 ¶ 119, and will therefore attain the age of twenty-one on February 25, 2017. For the same reasons that A.G.'s claims became moot when A.G. attained the age of twenty-one, *see* ECF No. 596, T.H.'s claims will become moot on February 25, 2017, and should then be dismissed.

### Certificate of Conference

Pursuant to Southern District Local Rule 7.1(a)(3), counsel for the State has conferred with all parties or non-parties who may be affected by the relief sought in this motion in a good faith effort to resolve the issues raised in the motion. Plaintiffs oppose the relief sought in this motion.

**WHEREFORE**, Defendants, Justin M. Senior, in his official capacity as Secretary of the Agency for Health Care Administration; Celeste Philip, M.D., in her official capacity as the State Surgeon General and Secretary of the Florida Department of Health; and Cassandra G. Pasley, in her official capacity as Director of Children's Medical Services of the Florida Department of Health, respectfully move the Court to dismiss T.H.'s claims as moot.

Respectfully submitted,

| | |
|---|---|
| | /s/ *George N. Meros, Jr.* |
| Stuart F. Williams (FBN 670731) | George N. Meros, Jr. (FBN 263321) |
| General Counsel | Andy Bardos (FBN 822671) |
| Leslei G. Street (FBN 962023) | Allison G. Mawhinney (FBN 44030) |
| Chief Litigation Counsel | James Timothy Moore, Jr. (FBN 70023) |
| Andrew T. Sheeran (FBN 30599) | Ashley Hoffman Lukis (FBN 106391) |
| Assistant General Counsel | GrayRobinson, P.A. |
| Agency for Health Care Administration | Post Office Box 11189 |
| 2727 Mahan Drive, MS #3 | Tallahassee, Florida 32302-3189 |
| Tallahassee, Florida 32308 | Telephone: 850-577-9090 |
| Telephone: 850-412-3630 | Facsimile: 850-577-3311 |
| Facsimile: 850-921-0158 | Email: |
| Email: | george.meros@gray-robinson.com |
| stuart.williams@ahca.myflorida.com | andy.bardos@gray-robinson.com |
| leslei.street@ahca.myflorida.com | allison.mawhinney@gray-robinson.com |
| andrew.sheeran@ahca.myflorida.com | tim.moore@gray-robinson.com |
| *Attorneys for Defendant, Secretary Senior* | ashley.hoffman@gray-robinson.com |
| | *Attorneys for Defendants* |

J. Patrick Reynolds (FBN 95291)
Chief Legal Counsel
W. Eugene Gandy, Jr. (FBN 858218)
CMS Litigation Counsel
Florida Department of Health
4052 Bald Cypress Way, Bin #A02
Tallahassee, Florida 32399-1703
Telephone: 850-245-4005
Facsimile: 850-413-8743
Email:
 patrick.reynolds@flhealth.gov
 william.gandy@flhealth.gov
*Attorneys for Defendants, Surgeon General Philip and Director Pasley*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by notice of electronic filing on January 30, 2017, on all counsel on the Service List that follows.

/s/ *George N. Meros, Jr.*
George N. Meros, Jr.
Florida Bar No. 263321

## SERVICE LIST

Matthew Wilson Dietz
Law Offices of Matthew W. Dietz, P.L.
2990 S.W. 35 Avenue
Miami, Florida 33133
matthewdietz@usdisabilitylaw.com

Paolo G. Annino
FSU College of Law
Public Interest Law Center
425 West Jefferson Street
Tallahassee, Florida 32306
pannino@law.fsu.edu

Edward J. Grunewald
The North Florida Center for Equal Justice
2121 Delta Boulevard
Tallahassee, Florida 32306
egrunewald@nfcfej.org