UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 12-60460-ZLOCH/HUNT

C.V., by and through his next friends,
Michael and Johnette Wahlquist, *et al.*,

    Plaintiffs,

v.

JUSTIN M. SENIOR, in his official
capacity as Secretary of the Agency for
Health Care Administration, *et al.*,

    Defendants.
_____/

**MOTION FOR LEAVE TO WITHDRAW AS
COUNSEL FOR THE DEPARTMENT OF HEALTH**

Pursuant to Local Rule 11.1(d)(3), the law firm of GrayRobinson, P.A., moves for leave to withdraw as counsel for Defendants, Celeste Philip, M.D., in her official capacity as the State Surgeon General and Secretary of the Florida Department of Health, and Cassandra G. Pasley, in her official capacity as Director of Children's Medical Services of the Florida Department of Health (collectively, "DOH").[1]

1. Unanticipated and irreconcilable differences have arisen between GrayRobinson and DOH that require GrayRobinson to withdraw from representation of DOH in this litigation.[2]

2. DOH will not be prejudiced if GrayRobinson withdraws. On March 22, 2017, the Magistrate Judge recommended that the State Defendants' Motion for Summary Judgment be granted. ECF No. 634. If the Court adopts the Report and Recommendation, then nothing will remain for this Court to resolve except potential entitlement to attorney's fees and costs.

---

[1] As required by Local Rule 11.1(d)(3), the Department of Health's mailing address can be found on the service list that accompanies this motion.

[2] An explanation of those differences might cause prejudice and, absent a waiver, would require the disclosure of privileged communications. The differences are unrelated to the merits of this case or any matter that has been presented to the Court for resolution during this litigation.

3. If this Court does not adopt the Report and Recommendation and instead denies the Motion for Summary Judgment, then GrayRobinson's withdrawal as counsel will still cause no prejudice. The scope of the trial is far narrower than it once was. At the inception of this case, ten private Plaintiffs asserted claims against the State. After their claims were consolidated with those of the United States, the case involved over three hundred children. With the dismissal of the claims of the United States and of several private Plaintiffs, however, the case now involves only three children, only two of whom receive services through the health plan that DOH administers. This reduction correspondingly reduces the time, resources, and historical knowledge of the litigation necessary to try this case, should a trial occur.

4. No risk of undue delay or prejudice exists because the pretrial conference and trial have not yet been scheduled. ECF No. 622; *see also Simmons v. House of Brewz LLC*, No. 2:14-cv-390, 2015 WL 3991021, at *3 (M.D. Fla. June 30, 2015) (granting motion to withdraw when there were "no discovery or expert deadlines, no trial date, or any other dates ordinarily established by a Case Management and Scheduling Order"). Accordingly, if this case goes to trial, DOH will have ample time to obtain new counsel if it so chooses, and this Court has broad authority to fashion a trial schedule to accommodate DOH's retention of new counsel if necessary. DOH will therefore suffer no prejudice. *See*, *e.g.*, *Pineda v. PRC*, *LLC*, No. 11-CV-20894, 2012 WL 3683499, at *1 (S.D. Fla. Aug. 24, 2012) (allowing withdrawal during summary judgment stage, and staying proceedings to allow party to obtain new counsel); *Brockman v. Toys R Us–Del.*, *Inc.*, 4:09-CV-280, 2010 WL 2220303, at *1 (N.D. Fla. June 3, 2010) (allowing withdrawal during summary judgment stage and less than a month before trial, and extending trial date to allow party to obtain new counsel); *Citibank*, *N.A. v. Data Lease Fin. Corp.*, 700 F. Supp. 1099, 1100–01 (S.D. Fla. 1988) (allowing withdrawal two weeks before trial date when party had opportunity to obtain new counsel before trial, even though withdrawing firm represented party for eight years).

5. GrayRobinson, moreover, will continue to represent Defendant, Justin M. Senior, in his official capacity as Secretary of the Agency for Health Care Administration. The interests of the three defendants are aligned, and GrayRobinson intends to continue to collaborate with counsel to DOH during the remainder of this case. DOH's in-house counsel are already counsel of record in this case and have worked closely with GrayRobinson throughout the litigation.

Whether DOH is represented by its in-house counsel or elects to retain new outside counsel, its counsel will be able to work cooperatively with GrayRobinson in defense of parallel interests.

**WHEREFORE**, undersigned counsel respectfully request leave for GrayRobinson, P.A., to withdraw as counsel for Defendants, Celeste Philip, M.D., and Cassandra G. Pasley.

### Certificate of Conference

Pursuant to Local Rule 7.1(a)(3), counsel for the State have conferred with all parties or non-parties who may be affected by the relief sought in the motion in a good faith effort to resolve by agreement the issues to be raised in the motion. At this time, DOH has not finalized its position on the relief requested is motion. Its position will be filed separately. Plaintiffs do not object to the relief sought.

Respectfully submitted this third day of April, 2017.

/s/ *George N. Meros, Jr.*
George N. Meros, Jr. (FBN 263321)
Andy Bardos (FBN 822671)
Allison G. Mawhinney (FBN 44030)
James Timothy Moore, Jr. (FBN 70023)
Ashley Hoffman Lukis (FBN 106391)
GrayRobinson, P.A.
Post Office Box 11189
Tallahassee, Florida 32302-3189
Telephone: 850-577-9090
Facsimile: 850-577-3311
Email:
 george.meros@gray-robinson.com
 andy.bardos@gray-robinson.com
 allison.mawhinney@gray-robinson.com
 tim.moore@gray-robinson.com
 ashley.lukis@gray-robinson.com
*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served by notice of electronic filing on April 3, 2017, on all counsel on the Service List that follows.

/s/ *George N. Meros, Jr.*
George N. Meros, Jr.
Florida Bar No. 263321

## SERVICE LIST

Matthew Wilson Dietz
Law Offices of Matthew W. Dietz, P.L.
2990 S.W. 35 Avenue
Miami, Florida 33133
matthewdietz@usdisabilitylaw.com

Paolo G. Annino
FSU College of Law
Public Interest Law Center
425 West Jefferson Street
Tallahassee, Florida 32306
pannino@law.fsu.edu

Edward J. Grunewald
The North Florida Center for Equal Justice
2121 Delta Boulevard
Tallahassee, Florida 32306
egrunewald@nfcfej.org

J. Patrick Reynolds
W. Eugene Gandy, Jr.
Florida Department of Health
4052 Bald Cypress Way, Bin #A02
Tallahassee, Florida 32399-1703
patrick.reynolds@flhealth.gov
william.gandy@flhealth.gov

Stuart F. Williams
Leslei G. Street
Andrew T. Sheeran
Agency for Health Care Administration
2727 Mahan Drive, MS #3
Tallahassee, Florida 32308
stuart.williams@ahca.myflorida.com
leslei.street@ahca.myflorida.com
andrew.sheeran@ahca.myflorida.com