## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA
No. 12-60460-WJZ

**C.V., by and through his next friends,**
**Michael and Johnette Wahlquist, *et al*.,**

     **Plaintiffs,**

**v.**

**JUSTIN SENIOR, in his official**
**capacity as Secretary of the Agency for**
**Health Care Administration, *et al*.,**

     **Defendants.**

_____/

**UNITED STATES OF AMERICA,**

     **Plaintiff,**
**v.**

**THE STATE OF FLORIDA,**

     **Defendant.**

_____/

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL
## FOR PLAINTIFF UNITED STATES OF AMERICA

Pursuant to Southern District of Florida Local Rule 11.1(d)(3), Travis William England hereby moves for leave to withdraw as counsel for Plaintiff United States of America and states the following:

1. Mr. England is leaving the U.S. Department of Justice and has accepted an employment offer from outside of the federal government.  His last day of employment with the U.S. Department of Justice is May 12, 2017.

2. Other attorneys at the U.S. Department of Justice, including Lindsey Weinstock, Elizabeth McDonald, Beth Esposito, Justin Park, and Victoria Thomas, each at 950 Pennsylvania Ave., NW – NYA, Washington, D.C. 20530, will continue to represent the United States of America in this matter.

3. As required by Southern District of Florida Local Rule 11.1(d)(3), Mr. England provided written notice of his intent to withdraw to opposing counsel, who has no objection to the withdrawal.

Accordingly, Mr. England respectfully requests that he be permitted leave to withdraw as counsel for the United States of America, for the reasons set forth above.

**Dated:** May 9, 2017

Respectfully submitted,

Benjamin G. Greenberg
Acting United States Attorney
Southern District of Florida

T.E. WHEELER, II
Acting Assistant Attorney General

REBECCA B. BOND
Acting Deputy Assistant Attorney General

ANNE S. RAISH
Acting Chief
JENNIFER K. McDANNELL
Deputy Chief

VERONICA HARRELL-JAMES
Assistant United States Attorney
Fla. Bar No. 644791
99 N.E. 4th Street
Miami, Florida 33132
Telephone: (305) 961-9327
Facsimile: (305) 530-7139
Veronica.Harrell-James@usdoj.gov

/s/ *Travis W. England*_____
ELIZABETH E. McDONALD, Bar ID A5502061
TRAVIS W. ENGLAND, Bar ID A5501768
BETH A. ESPOSITO, Bar ID A5501719
H. JUSTIN PARK, Bar ID A5501850
VICTORIA THOMAS, Bar ID A5502088
LINDSEY WEINSTOCK, Bar ID A5502063
Trial Attorneys
Disability Rights Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue, N.W. - NYA
Washington, D.C. 20530
Telephone: (202) 616-2042
Facsimile: (202) 307-1197
travis.england@usdoj.gov

*Counsel for Plaintiff United States of America*

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing was served via electronic mail on all counsel of record identified on the Service List below.

                    */s/ Travis W. England*
                    Travis W. England

## SERVICE LIST

| | |
|---|---|
| Edward J. Grunewald<br>The North Florida Center for Equal Justice, Inc.<br>2121 Delta Boulevard<br>Tallahassee, FL 32306<br>Phone: 850-701-3980<br>Fax: 850-701-3985<br>E-mail: egrunewald@nfcfej.org<br>Attorney for Plaintiffs C.V., *et al.* | Paolo G. Annino<br>FSU College of Law Public Interest Law Center<br>425 W. Jefferson Street<br>Tallahassee, FL 32306<br>Phone: 850-644-9928<br>Fax: 850-644-0879<br>E-mail: pannino@law.fsu.edu<br>Attorney for Plaintiffs C.V., *et al.* |
| Matthew Wilson Dietz<br>Disability Independence Group, Inc.<br>2990 Southwest 35th Avenue<br>Miami, FL 33133<br>Phone: 305-669-2822<br>Fax: 305-442-4181<br>E-mail:  mdietz@justdigit.org<br>       rgoldstein@justdigit.org<br>Attorneys for Plaintiffs A.R., *et al.* | Patrick Reynolds<br>Florida Department of Health<br>4052 Bald Cypress Way, Bin #A-02<br>Tallahassee, FL 32399<br>Phone: 850-245-4353<br>Fax: 850-410-1448<br>E-mail:patrick.reynolds@flhealth.gov<br>Attorney for Defendants Philip and Pasley |
| Stuart Fraser Williams<br>Leslei Gayle Street<br>Andrew T. Sheeran<br>Agency for Health Care Administration<br>2727 Mahan Drive, Mail Stop #3<br>Tallahassee, FL 32308<br>Phone: 850-412-3630<br>Fax: 850-921-0158<br>E-mail:stuart.williams@ahca.myflorida.com<br>       leslei.street@ahca.myflorida.com<br>       andrew.sheeran@ahca.myflorida.com<br>Attorney for Defendant Senior | George N. Meros, Jr.<br>Andy Bardos<br>Allison G. Mawhinney<br>James Timothy Moore, Jr.<br>Ashley Hoffman Lukis<br>GrayRobinson, P.A.<br>Post Office Box 11189<br>Tallahassee, FL 32302-3189<br>Phone: 850-577-9090<br>Fax: 850-577-3311<br>E-mail:george.meros@gray-robinson.com<br>       andy.bardos@gray-robinson.com<br>       allison.mawhinney@gray-robinson.com<br>       tim.moore@gray-robinson.com<br>       ashley.hoffman@gray-robinson.com<br>Attorney for Defendants State of Florida and<br>       Senior |