**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 12-60460-CIV-ALTONAGA/Hunt**

**C.V.**, *et al.*

      Plaintiffs,

vs.

**ELIZABETH DUDEK**, *et al.*,

      Defendants.

_____/

## **ORDER**

      **THIS CAUSE** came before the Court on the Clerk of Court's reassignment of the case to the undersigned [ECF No. 667] on January 12, 2022.  Being fully advised, it is

      **ORDERED AND ADJUDGED** that the parties shall submit a joint status and scheduling report on the case on or before **January 19, 2022**.  An in-person status conference is set for **January 20** at **9:30 a.m.**  Prior to your courthouse visit, please click here to view our COVID-19 Rules and Procedures.

      **DONE AND ORDERED** in Miami, Florida, this 12th day of January, 2022.

_____

**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc:     counsel of record