UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 12-60460-CIV-MIDDLEBROOKS/HUNT

UNITED STATES OF AMERICA,

    Plaintiff,

v.

THE STATE OF FLORIDA,

    Defendant.

_____/

**THE STATE OF FLORIDA'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE ITS REPLY IN SUPPORT OF ITS MOTION TO STAY DISCOVERY**

    Defendant, the State of Florida, respectfully requests a brief extension of time through Tuesday, February 22, 2022, to file its reply in support of its Motion to Stay Discovery (ECF No. 672).

    On January 19, 2022, after remand from the Eleventh Circuit, the State of Florida filed its Motion to Stay Discovery pending the resolution of three potentially case-dispositive issues (ECF No. 672). On February 2, 2022, the United States filed a response in opposition to the State's Motion (ECF No. 676). The State's reply in support of its motion is presently due on February 9, 2022.

    The State respectfully requests a brief extension of time to file its reply, through Tuesday, February 22, 2022, to accommodate the various client commitments of the State's counsel. The undersigned serves as lead counsel for the Florida House of Representatives in connection with the decennial redistricting of Florida's state-legislative districts. The Florida Legislature passed its new redistricting plan on February 3, and that plan will shortly be presented to the Florida Supreme Court for the expedited 30-day review required by article III, section 16 of the Florida Constitution.

A brief extension of time to file the State's reply will therefore provide the undersigned an opportunity to attend to multiple emergent deadlines, and enable the preparation of a thorough reply that will best assist this Court in ruling on the State's Motion to Stay Discovery. For the same reasons, the State seeks this request for an extension of time in good faith, and not for purposes of delay.

**WHEREFORE**, the State respectfully requests a brief extension of time, through Tuesday, February 22, 2022, to reply in support of its Motion to Stay Discovery (ECF No. 672).

### CERTIFICATE OF GOOD-FAITH CONFERENCE

Pursuant to Local Rule 7.1(a)(3)(A), I certify that counsel for the State has conferred with counsel for the United States in a good-faith effort to resolve the issues presented in this motion. The United States does not oppose the requested relief.

Dated February 4, 2022.                    Respectfully submitted,

/s/ *Andy Bardos*
Andy Bardos (FBN 822671)
andy.bardos@gray-robinson.com
James Timothy Moore, Jr. (FBN 70023)
tim.moore@gray-robinson.com
Ashley H. Lukis (FBN 106391)
ashley.lukis@gray-robinson.com
GRAYROBINSON, P.A.
P.O. Box 11189
Tallahassee, Florida 32302-3189
Telephone: 850-577-9090
*Attorneys for Defendant*, *the State of Florida*