**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 12-60460-CV-MIDDLEBROOKS

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

v.

**THE STATE OF FLORIDA,**

        **Defendant.**

## MOTION FOR LEAVE TO WITHDRAW AS COUNSEL FOR THE UNITED STATES

Pursuant to Southern District of Florida Local Rule 11.1(d)(3), Victoria Thomas hereby moves for leave to withdraw as counsel for Plaintiff United States of America and states the following:

1. Ms. Thomas has accepted a new assignment at the U.S. Department of Justice and will no longer be working on this litigation.

2. Other attorneys at the U.S. Department of Justice, including James Fletcher, H. Justin Park, Lauren Latterell Powell, and Lindsey Weinstock, 950 Pennsylvania Avenue, N.W., Washington, D.C., 20530, will continue to represent the United States in this matter.

3. As required by Southern District of Florida Local Rule 11.1(d)(3), Ms. Thomas has provided written notice of her intent to withdraw to opposing counsel.

Accordingly, Ms. Thomas respectfully requests that she be permitted leave to withdraw as counsel for the United States for the reasons set forth above.

**Dated:** June 10, 2022                                  Respectfully submitted,

JUAN ANTONIO GONZALEZ                           KRISTEN CLARKE
United States Attorney                                    Assistant Attorney General
Southern District of Florida

                                                                          REBECCA B. BOND
*/s/ Veronica Harrell-James*                             Chief
VERONICA HARRELL-JAMES
Assistant United States Attorney                     ANNE S. RAISH
Fla. Bar No. 644791                                        Principal Deputy Chief
99 N.E. 4th Street                                            ELIZABETH E. McDONALD
Miami, Florida 33132                                       Deputy Chief
Telephone: (305) 961-9327
Facsimile: (305) 530-7139                               */s/ Victoria Thomas*
Veronica.Harrell-James@usdoj.gov               ELIZA DERMODY, Bar ID A5501986
                                                                          JAMES FLETCHER, Bar ID A5502825
                                                                          H. JUSTIN PARK, Bar ID A5501850
                                                                          LAUREN LATTERELL POWELL, Bar ID A5502853
                                                                          VICTORIA THOMAS, Bar ID Bar ID A5502088
                                                                          LINDSEY WEINSTOCK, Bar ID A5502063
                                                                          Trial Attorneys
                                                                          Disability Rights Section
                                                                          Civil Rights Division
                                                                          U.S. Department of Justice
                                                                          950 Pennsylvania Avenue, N.W.
                                                                          Washington, D.C. 20530
                                                                          Telephone: (202) 353-5137
                                                                          Facsimile: (202) 307-1197
                                                                          victoria.thomas@usdoj.gov

                                                                          *Counsel for Plaintiff United States of America*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 10, 2022, I electronically filed the foregoing document with the Clerk of Court using CM/ECF.  I also certify that a true and correct copy of the foregoing document was served on June 10, 2022 on the individuals identified on the Service List below through Notices of Electronic Filing generated by CM/ECF.

*/s/ Victoria Thomas*
Victoria Thomas

## **SERVICE LIST**

Andy Bardos
James Timothy Moore, Jr.
Ashley H. Lukis
GrayRobinson, P.A.
Post Office Box 11189
Tallahassee, FL 32302-3189
Phone: 850-577-9090
Fax: 850-577-3311
E-mail: andy.bardos@gray-robinson.com
         tim.moore@gray-robinson.com
         ashley.hoffman@gray-robinson.com

Attorneys for Defendant State of Florida

Andrew T. Sheeran
Agency for Health Care Administration
2727 Mahan Drive, Mail Stop #3
Tallahassee, FL 32308
Phone: 850-412-3630
Fax: 850-921-0158
E-mail: andrew.sheeran@ahca.myflorida.com

Attorney for Defendant State of Florida