**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 12-60460-CV-MIDDLEBROOKS

**UNITED STATES OF AMERICA,**

        **Plaintiff,**

v.

**THE STATE OF FLORIDA,**

        **Defendant.**

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**
**FOR THE UNITED STATES**

Pursuant to Southern District of Florida Local Rule 11.1(d)(3), Eliza Dermody hereby moves for leave to withdraw as counsel for Plaintiff United States of America and states the following:

1. Ms. Dermody has accepted a new assignment at the U.S. Department of Justice and will no longer be working on this litigation.

2. Other attorneys at the U.S. Department of Justice, including James Fletcher, H. Justin Park, Lauren Latterell Powell, and Lindsey Weinstock, 950 Pennsylvania Avenue, N.W., Washington, D.C., 20530, will continue to represent the United States in this matter.

3. As required by Southern District of Florida Local Rule 11.1(d)(3), Ms. Dermody has provided written notice of her intent to withdraw to opposing counsel.

Accordingly, Ms. Dermody respectfully requests that she be permitted leave to withdraw as counsel for the United States for the reasons set forth above.

| | |
|---|---|
| **Dated:** June 10, 2022 | Respectfully submitted, |

| | |
|---|---|
| JUAN ANTONIO GONZALEZ<br>United States Attorney<br>Southern District of Florida | KRISTEN CLARKE<br>Assistant Attorney General |
| | REBECCA B. BOND<br>Chief |
| */s/ Veronica Harrell-James*<br>VERONICA HARRELL-JAMES<br>Assistant United States Attorney<br>Fla. Bar No. 644791<br>99 N.E. 4th Street<br>Miami, Florida 33132<br>Telephone: (305) 961-9327<br>Facsimile: (305) 530-7139<br>Veronica.Harrell-James@usdoj.gov | ANNE S. RAISH<br>Principal Deputy Chief<br>ELIZABETH E. McDONALD<br>Deputy Chief<br><br>*/s/ Eliza Dermody*<br>ELIZA DERMODY, Bar ID A5501986<br>JAMES FLETCHER, Bar ID A5502825<br>H. JUSTIN PARK, Bar ID A5501850<br>LAUREN LATTERELL POWELL, Bar ID A5502853<br>VICTORIA THOMAS, Bar ID Bar ID A5502088<br>LINDSEY WEINSTOCK, Bar ID A5502063<br>Trial Attorneys<br>Disability Rights Section<br>Civil Rights Division<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20530<br>Telephone: (202) 305-5823<br>Facsimile: (202) 307-1197<br>eliza.dermody@usdoj.gov<br><br>*Counsel for Plaintiff United States of America* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 10, 2022, I electronically filed the foregoing document with the Clerk of Court using CM/ECF. I also certify that a true and correct copy of the foregoing document was served on June 10, 2022 on the individuals identified on the Service List below through Notices of Electronic Filing generated by CM/ECF.

        */s/ Victoria Thomas*
        Victoria Thomas

**SERVICE LIST**

Andy Bardos
James Timothy Moore, Jr.
Ashley H. Lukis
GrayRobinson, P.A.
Post Office Box 11189
Tallahassee, FL 32302-3189
Phone: 850-577-9090
Fax: 850-577-3311
E-mail: andy.bardos@gray-robinson.com
          tim.moore@gray-robinson.com
          ashley.hoffman@gray-robinson.com

Attorneys for Defendant State of Florida

Andrew T. Sheeran
Agency for Health Care Administration
2727 Mahan Drive, Mail Stop #3
Tallahassee, FL 32308
Phone: 850-412-3630
Fax: 850-921-0158
E-mail: andrew.sheeran@ahca.myflorida.com

Attorney for Defendant State of Florida