UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-cv-60460-MIDDLEBROOKS/Hunt

UNITED STATES OF AMERICA

    Plaintiff,

vs.

STATE OF FLORIDA,

    Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court on a Report and Recommendation issued by Magistrate Judge Patrick Hunt (the "Report") on February 10, 2023. (DE 768). The Report recommends that the State of Florida's Motion to Dismiss Plaintiff's Amended Complaint ("Motion") (DE 703) be denied.

The deadline to file objections to the Report elapsed on February 24, 2023. No objections have been filed to date. After a careful review of Judge Hunt's Report and the record as a whole, I agree with the Report's recommendations.

Accordingly, it is hereby **ORDERED AND ADJUDGED** that:

(1) Magistrate Patrick Hunt's Report and Recommendation (DE 768) is **ADOPTED**.

(2) The State of Florida's Motion to Dismiss (DE 703) is **DENIED**.

**SIGNED** in Chambers in West Palm Beach, Florida, this _28_ day of February, 2023.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE