# FL Kids

██████████████ **01062023**

**1/6/2023**

**Annotation Digest - All Annotations**

**Issue Filter: State's Affirmative Designations, CRT's Counter Designations**

**Prepared by:**

Justin Fields-Gray
DOJ-CRT

Friday, April 21, 2023

## TextMap Annotation Digest Report

**Case Name:** FL Kids
**Transcript:** [1/6/2023] ▮▮▮▮▮ 01062023
**Issue Filter:** State's Affirmative Designations, CRT's Counter Designations

---

**Pg: 6 Ln: 16 - 25**

**Annotation:**

```
 6:16      Q.   Could you state your full name for the record,
   17      please?
   18      A.   ▮▮▮▮▮▮▮▮▮▮
   19      Q.   What is your address?
   20      A.   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   ▮▮      ▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   22      Q.   How long have you lived there?
   23      A.   Like, two years and a month as of right now.
   24      Q.   And who lives there with you?
   25      A.   Myself and my daughter, ▮▮▮▮▮▮ and
```

**Linked Issues:** State's Affirmative Designations

**Pg: 7 Ln: 1 - Pg: 10 Ln: 7**

**Annotation:**

```
 7: 1      ▮▮▮▮▮▮▮▮▮▮
    2      Q.   Your daughter's first name is ▮▮▮▮?
    3      A.   ▮▮▮▮▮▮▮▮
    4      Q.   Okay.  And a how old is ▮▮▮▮?
    5      A.   ▮▮
    6      Q.   And who else lives there?  I'm sorry?
    7      A.   ▮▮▮▮▮▮
    8      Q.   ▮▮▮▮▮?
    9      A.   Uh-huh.
   10           THE COURT REPORTER:  Would you spell that,
   11      please.
   12           THE WITNESS:  ▮▮▮▮▮▮▮▮▮▮▮▮▮
   13           THE COURT REPORTER:  Thank you.
   14      BY MR. BOUDET:
   15      Q.   And who is your relationship with ▮▮▮▮▮?
   16      A.   Mom.
   17      Q.   Mom?
   18           And how old is ▮▮▮▮▮▮?
   19      A.   ▮▮▮▮.
   20      Q.   It's an apartment?
   21      A.   Yes.
   22      Q.   On the first floor, second floor?
   23      A.   Second floor.
   24      Q.   Second floor?
   25      A.   Yes.
 8: 1      Q.   Is it one bedroom or two bedrooms?
    2      A.   Two bedrooms.
    3      Q.   All right.  Do you work outside the home?
    4      A.   Yes.
    5      Q.   Where do you work?
    6      A.   Monday through -- Monday through Thursday I
    7 work as a medical assistant at the Florida Spine
    8 Institute in Clearwater, Florida.  And then Friday
    9 nights and Saturday nights, I work at as a patient care
```

# TextMap Annotation Digest Report

**Case Name:** FL Kids
**Transcript:** [1/6/2023] ▬▬▬▬▬▬▬▬ 01062023
**Issue Filter:** State's Affirmative Designations, CRT's Counter Designations

**Pg: 7 Ln: 1 - Pg: 10 Ln: 7** continued...

**Annotation:**

```
 8:10    tech at St. Anthony's Hospital in St. Pete.
   11        Q.   So is the first job essentially a full-time job
   12    and then the second is additional to full-time or --
   13        A.   They're actually both pretty much full-time.
   14        Q.   All right.
   15        A.   I do pretty much full-time hours at both
   16    places.
   17        Q.   Okay.  And how long has -- have you worked at
   18    the spine center?
   19        A.   One year, and two years -- I'm sorry -- eight
   20    years at the hospital.
   21        Q.   And in addition to working those two full-time
   22    jobs, do you also take any classes?
   23        A.   Yes.
   24        Q.   Tell me what classes you've taken or are
   25    taking.
 9: 1        A.   Well, my next semester, which starts on the
    2    17th of this month, I will be taking Anatomy and
    3    Physiology 1, plus the lab, as well as Intro to
    4    Humanities and American National Government.
    5        Q.   So -- and where are you going to school?
    6        A.   St. Pete College.
    7        Q.   And is that approximately twelve hours -- you
    8    take a three -- three-hour classes -- or four three-hour
    9    classes?
   10        A.   So three of them are three-hour classes and the
   11    lab is only considered one.
   12             Are you talking about credit wise -- credit
   13    hours?
   14        Q.   Yeah.  Credit hours.
   15        A.   So it will be about 10 hours altogether.
   16        Q.   And is it roughly 10 hours of classroom time as
   17    well?
   18        A.   Give or take, yeah.
   19        Q.   All right.  And what is your -- your plan?
   20    What course -- are you pursuing a particular degree?
   21        A.   Yes.  Once I finished with all my prerec, I
   22    will be applying for the radiography program.
   23        Q.   The radiography program?
   24        A.   Yeah.  So basically radiology, x-rays, MRIs,
   25    CTs, things like that.
10: 1        Q.   And you're hoping to become a radiology
    2    technician -- radiologist?  Not radiology --
    3        A.   Probably in between.  I don't want to stop at
    4    radiology tech.  I would like to go where I could
    5    specialize in MRIs, and CTs, and things like that.
    6        Q.   Okay.  And that's a multiyear program?
    7        A.   Yes.
```

## TextMap Annotation Digest Report

**Case Name:** FL Kids
**Transcript:** [1/6/2023] ▋ 01062023
**Issue Filter:** State's Affirmative Designations, CRT's Counter Designations

---

**Pg: 7 Ln: 1 - Pg: 10 Ln: 7** continued...

**Linked Issues:** State's Affirmative Designations

**Pg: 10 Ln: 8 - 19**

**Annotation:**
```
10: 8   Q.   And, now, I want to ask you some -- you're not
     9   married; correct?
    10   A.   No.
    11   Q.   I want to ask you some questions about your
    12   daughter ▋.
    13   A.   Okay.
    14   Q.   I understand you call her ▋; is that
    15   correct?
    16   A.   Yes.  Yes.
    17   Q.   Is it all right if I refer to her by that from
    18   time to time?
    19   A.   Yes.
```

**Linked Issues:** CRT's Counter Designations

**Pg: 10 Ln: 22 - 23**

**Annotation:**
```
10:22   Q.   Who is ▋ father?
   23   A.   His name is ▋.
```

**Linked Issues:** CRT's Counter Designations

**Pg: 10 Ln: 24 - Pg: 12 Ln: 19**

**Annotation:**
```
10:24   Q.   And is ▋ involved in her care in a
   25   regular way?
11: 1   A.   No.
    2   Q.   Do you consult with him, for example, with
    3   respect to ▋ care, her situation?
    4   A.   No.
    5   Q.   And I'd like to just confirm some of the basic
    6   information about ▋ condition.
    7        I understand that she's been at Sabal Palms for
    8   about ▋ years; is that correct?
    9   A.   It's been more, like, ▋.
   10   Q.   Okay.  And how far is Sabal Palms from your
   11   place in Clearwater?  How long does it take to --
   12   A.   I would say, like, seven minutes on a good day.
   13   Q.   Okay.
   14   A.   With not too much traffic.
   15   Q.   Okay.  So it's very close to you?
   16   A.   Yes.
   17   Q.   Okay.  Can you very briefly -- I know she has
```

# TextMap Annotation Digest Report

**Case Name:** FL Kids
**Transcript:** [1/6/2023] ▮▮▮▮▮▮▮▮▮▮ 01062023
**Issue Filter:** State's Affirmative Designations, CRT's Counter Designations

**Pg: 10 Ln: 24 - Pg: 12 Ln: 19** continued...

**Annotation:**



```
11:18    complex medical conditions, but can you very briefly
   19    describe ▮▮▮▮▮▮ condition?
   20        A.   So she was born with ▮▮▮▮▮▮▮▮▮▮
                 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
                 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
                 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
                 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
                 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ .
    4       Q.   Does she require a ▮▮▮▮▮▮▮▮▮ ?
    5       A.   No. ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
                 ▮▮▮▮▮▮▮▮▮▮▮▮▮ but she doesn't require it. ▮▮
                 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
                 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   10       Q.   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
                 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
                 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
                 ▮▮▮  ▮▮▮  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
                 ▮▮▮  ▮▮▮  ▮▮▮▮▮▮▮▮▮▮▮▮
                 ▮▮▮  ▮▮▮  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
                 ▮▮▮  ▮▮▮
   18       Q.   Is ▮▮▮▮▮ able to speak at all?
   19       A.   ▮▮▮▮▮▮▮▮▮▮▮▮▮ .
```

**Linked Issues:** State's Affirmative Designations

**Pg: 12 Ln: 20 - Pg: 13 Ln: 11**

**Annotation:**



```
12:20       Q.   Is she able to ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
                 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   22            MS. GIRARD:  Objection to form.
   23            THE WITNESS:  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
                 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
                 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
                 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
    3    BY MR. BOUDET:
    4       Q.   Okay.  How long has this, if you will, ▮▮▮▮▮
                 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ when did you start noticing it?
    6       A.   I would say -- gosh, it's been years.  Probably
    7    at least eight years, give or take. ▮▮▮▮▮▮▮▮▮▮▮
                 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
                 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
                 ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
```

## TextMap Annotation Digest Report

**Case Name:** FL Kids
**Transcript:** [1/6/2023] ▮▮▮▮▮▮▮▮ 01062023
**Issue Filter:** State's Affirmative Designations, CRT's Counter Designations

---

**Pg: 12 Ln: 20 - Pg: 13 Ln: 11** continued...

**Annotation:**
```
13:11   ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.
```

**Linked Issues:** CRT's Counter Designations

**Pg: 13 Ln: 22 - 24**

**Annotation:**
```
13:22           Does -- does ▮▮▮▮ require 24-hour attentive
   23   care?
   24        A.   Yes.
```

**Linked Issues:** State's Affirmative Designations

**Pg: 13 Ln: 25 - Pg: 14 Ln: 2**

**Annotation:**
```
13:25   You mentioned at some point early in her life
14: 1   you cared for ▮▮▮▮ at home; is that correct?
    2        A.   Yes.  Until the age of four.
```

**Linked Issues:** CRT's Counter Designations

**Pg: 16 Ln: 14 - Pg: 17 Ln: 3**

**Annotation:**
```
16:14   Q.   So this -- this initial move out of your home
   15   happened when she was around age four or five?
   16        A.   Yes.  Four.
   17        Q.   Okay.  And you indicated that you anticipated
   18   that there would come a day when she would be better off
   19   in an nurse facility than at home and you wouldn't be
   20   able to care for her at all?
   21             MS. GIRARD:  Objection.  Mischaracterizes the
   22        witness's testimony.
   23   BY MR. BOUDET:
   24        Q.   You can answer.
   25        A.   Yes.
17: 1        Q.   And this was just sooner than you had planned
    2   and hoped for?
    3        A.   Yes.
```

**Linked Issues:** State's Affirmative Designations

**Pg: 17 Ln: 15 - Pg: 19 Ln: 13**

**Annotation:**
```
17:15        Q.   My understanding is that you are asked to
   16   complete a form periodically indicating your -- your
   17   preferences, freedom of choice, the form.  Are you
```

# TextMap Annotation Digest Report

**Case Name:** FL Kids
**Transcript:** [1/6/2023] ▊▊▊▊▊▊▊▊ 01062023
**Issue Filter:** State's Affirmative Designations, CRT's Counter Designations

---

**Pg: 17 Ln: 15 - Pg: 19 Ln: 13** continued...

**Annotation:**
```
17:18   familiar with that form?
   19        A.   Yes.
   20        Q.   Okay.  Is it correct that you have not in
   21   completing those forms ever requested -- I'll say the
   22   last ten years of it -- that ▊▊▊▊▊▊ be moved out of the
   23   nursing facility; is that correct?
   24        A.   That's correct.  Because there is, in fact, no
   25   facilities around that could really accommodate a child
18: 1   of her medical state of -- state of being.  There are
    2   group homes, but group homes are not necessarily --
    3   excuse me -- the best place for medically needy children
    4   who require as much care as she does.  And I do not want
    5   to pull her from where she has 24-care and place her
    6   somewhere where she may not potentially have the proper
    7   care 24/7.  And the only other facility that I am aware
    8   of is down closer to Miami, Florida.  And so in
    9   hindsight this is really my only option.  So I have
   10   signed it every year that it's all brought up to me.
   11        Q.   You've indicated that you are not in favor of
   12   moving her out of the nursing facility?
   13        A.   Not at the time.  Not unless -- I have
   14   specifically told the ladies who have asked me to sign
   15   the papers that unless I was able to be given help with
   16   getting the proper housing and all of that because I
   17   currently don't have the room, the equipment, et cetera,
   18   that she would have to stay where she's at.
   19        Q.   Yeah.  Let's talk about in terms of sort of the
   20   practical obstacles for you and your family situation
   21   that prevent her from being at home with you.
   22             MS. GIRARD:  Objection as to the commentary.
   23   BY MR. BOUDET:
   24        Q.   You mentioned that there are some practical
   25   problems.  You mentioned room and equipment; is that
19: 1   correct?
    2        A.   Yes.
    3        Q.   By room, you mean that you have a -- a
    4   two-bedroom apartment and she would need her own space?
    5        A.   Correct.  She would need her own bedroom.  She
    6   wouldn't be able to share due to all the equipment that
    7   she would require on a daily basis.
    8        Q.   Okay. And what about -- the care itself?  You
    9   indicate she requires essentially 24-hour care; is that
   10   correct?
   11        A.   That's correct.
   12        Q.   And you obviously have other obligations?
   13        A.   Me personally, yes.
```

**Linked Issues:** State's Affirmative Designations

# TextMap Annotation Digest Report

**Case Name:** FL Kids
**Transcript:** [1/6/2023] ▮▮▮▮▮▮▮▮ 01062023
**Issue Filter:** State's Affirmative Designations, CRT's Counter Designations

**Pg: 19 Ln: 14 - Pg: 20 Ln: 19**

**Annotation:**
```
19:14  Q.   Yes.  And let me ask you about an interview
   15  that you gave to some representatives of the DOJ I think
   16  back in October.
   17          Do you recall that interview?
   18  A.   Yes.
   19  Q.   Okay.  How did that interview take place?  Was
   20  it by phone, by video?  By -- in person?  Do you recall?
   21  A.   By phone.
   22  Q.   By phone?
   23          Do you recall how you came to be interviewed?
   24  Did you receive a letter, get a call?
   25  A.   I first received a letter and then I received a
20: 1  call.  And I was at work when they called the first
    2  time.  So we scheduled a day that I was able for them to
    3  call.  And they called me that morning, and we spoke for
    4  a little while.
    5  Q.   Were you told what the purpose of the interview
    6  was?
    7  A.   I was told that it was due to, like, an
    8  investigation on -- with disabled children in regards to
    9  getting offered the appropriate care to be able to keep
   10  your children at home and not have them unnecessarily
   11  placed into a nursing facility.  Pretty much that's the
   12  gist of what I understood.
   13  Q.   Did you -- was it made clear to you that this
   14  was done in connection with the lawsuit?
   15  A.   Yes.
   16  Q.   And was it made clear to you that the people
   17  interviewing you were representing the Department of
   18  Justice?
   19  A.   Yes.
```

**Linked Issues:** CRT's Counter Designations

**Pg: 21 Ln: 2 - Pg: 22 Ln: 4**

**Annotation:**
```
21: 2  Q.   Okay. Was there one person asking you
    3  questions, or did others did you questions as well?
    4  A.    There was one main person who asked me all the
    5  questions and then there was another person at the end
    6  who -- she didn't really ask me any questions that I
    7  recall.  She just spoke on basically my story and, you
    8  know, gave me her opinion on my story and how everything
    9  transpired.
   10  Q.   Tell me what you recall about that discussion.
   11  A.   You're talking about the last person?
   12  Q.   Yes.  Yes.
   13  A.   So she basically just told me that, you know,
```

## TextMap Annotation Digest Report

**Case Name:** FL Kids
**Transcript:** [1/6/2023] ▇▇▇▇▇▇▇▇ 01062023
**Issue Filter:** State's Affirmative Designations, CRT's Counter Designations

**Pg: 21 Ln: 2 - Pg: 22 Ln: 4** continued...

**Annotation:**
```
21:14   thank you so much for sharing your story and that it
   15   must have been very hard for me and that, you know, it's
   16   very sad that things happened the way that they
   17   happened.  And that she had wished that things could
   18   have been done differently because I clearly am a huge
   19   part of my daughter's life.  Basically, that was it.
   20   There was not much conversation with her.  She just
   21   acknowledged my story more or less.
   22        Q.   Okay.  Did you feel comfortable answering their
   23   questions?
   24        A.   Yes.
   25        Q.   Okay.  Did anybody say to you that it can be
22: 1   very difficult for families to make the decision to have
    2   a child care for in a nursing facility rather than at
    3   home?  Did anybody talk to you about that?
    4        A.   I do not specifically recall that.
```

**Linked Issues:** CRT's Counter Designations

**Pg: 22 Ln: 5 - Pg: 24 Ln: 2**

**Annotation:**
```
22: 5        Q.   Following your interview, the representatives
    6   from the DOJ provided a report to the court indicating
    7   that you were not opposed to having ▇▇▇▇▇▇▇ removed from
    8   Sabal Palms and placed into your home or another family
    9   home.
   10             Were you aware of that?
   11             MS. GIRARD:  Objection.  Mischaracterization.
   12             THE WITNESS:  I mean, I remember stating that I
   13        was not opposed to her coming home with me.  I never
   14        said that I wasn't -- like, not opposed to her going
   15        to another family member.  I never said that.
   16   BY MR. BOUDET:
   17        Q.   Or a group home?
   18        A.   No.  Never.  Uh-uh.
   19        Q.   Okay.  While you indicated that you would like
   20   or would consider having ▇▇▇▇▇▇▇ in your home, did you
   21   explain that there were obstacles that prevented that
   22   from happening?
   23        A.   Yes.
   24        Q.   And were you given sort of hypothetical
   25   scenarios where you were asked, well, if all of these
23: 1   concerns that you have a room, somebody there 24 hours a
    2   day to care for her, other hypotheticals -- is that how
    3   it was presented to you?
    4        A.   Yes, I was told that if -- if I were able to be
    5   given the space, the equipment, the 24-hour care, would
    6   I want to bring her home, and I said yes, I'd be totally
```

## TextMap Annotation Digest Report

**Case Name:** FL Kids
**Transcript:** [1/6/2023] ▇▇▇▇▇▇▇▇ 01062023
**Issue Filter:** State's Affirmative Designations, CRT's Counter Designations

---

**Pg: 22 Ln: 5 - Pg: 24 Ln: 2** continued...

**Annotation:**

```
23: 7    up for bringing her home if I had all of that.  But I
    8    didn't have high hopes for that to happen.
    9        Q.   Right.  And in terms of the things that you
   10    would immediately come to your mind that you would need
   11    is -- is first a larger home with an additional room
   12    dedicated to ▇▇▇▇i herself; right?
   13        A.   Yes.
   14        Q.   And you would also need certainly 24-hour
   15    attendant care?
   16        A.   Yes.
   17        Q.   And would there need to be I guess a ▇▇▇▇
   18    on standby for her emergency situations?
   19        A.   A ▇▇▇▇▇▇▇, no.  She would need ▇▇▇▇▇▇
▇▇▇▇▇▇      She would need ▇▇▇▇▇▇▇▇▇▇▇▇▇.  She would need
   21    ▇▇▇▇▇▇▇▇▇▇ of course.  She would need a ▇▇▇▇▇▇▇
   22    so that she could get cleaned up.  Gosh, I know there's
   23    more stuff.
   24        Q.   Would your bathroom need to be modified to care
   25    for her in terms of wheelchair access and other
24: 1    accessibility issues?
    2        A.   Yes.
```

**Linked Issues:** State's Affirmative Designations

---

**Pg: 24 Ln: 5 - Pg: 25 Ln: 10**

**Annotation:**

```
24: 5    What about the impact on your other children of
    6    having ▇▇▇▇▇▇ there full-time?  Has that ever been a
    7    factor that you've considered?
    8           MS. GIRARD:  Objection to form.
    9           THE WITNESS:  No.  Because my kids would prefer
   10    her to be home.  They constantly ask me why we can't
   11    bring her home.  Why is she not home.  Why do we
   12    have to go see her or -- when COVID happened they
   13    were very angry because they -- as a matter of fact
   14    I don't even think they have seen her since before
   15    COVID happened because of all the stipulations and
   16    rules that they had put into place when it came to
   17    visiting.  Unfortunately, even though they're older
   18    children, they're still children, and they're not
   19    going to be be comfortable by all the mess and this
   20    and that just to be able to go see her.  That's
   21    their sister.  They don't have to be constricted
   22    [sic] just to be able to see her.
   23           So I'd say they haven't even seen her since
   24    before COVID, but they -- ever since my 17-year-old
   25    was little they have always asked, why is she there?
25: 1    Why can't we bring her home?  I hate this.  I want
```

## TextMap Annotation Digest Report

**Case Name:** FL Kids
**Transcript:** [1/6/2023] ▓▓▓▓▓▓▓▓ 01062023
**Issue Filter:** State's Affirmative Designations, CRT's Counter Designations

---

**Pg: 24 Ln: 5 - Pg: 25 Ln: 10** continued...

**Annotation:**
```
25:  2       her here, you know.  All sorts of things like that.
     3   BY MR. BOUDET:
     4       Q.   And do you explain to them why it's not
     5   practical?
     6            MS. GIRARD:  Objection to the form.
     7            THE WITNESS:  I wouldn't say that it's not
     8       practical.  It's more or less I'm not provided what
     9       I need to be able to have her home with her sisters
    10       and myself.
```

**Linked Issues:** CRT's Counter Designations

**Pg: 27 Ln: 24 - Pg: 28 Ln: 3**

**Annotation:**
```
27:24    Let me ask a final question.  At least with
   25    respect to your current situation, your current work
28: 1    situation, housing situation, is it accurate to say that
    2    you are currently opposed to ▓▓▓▓ coming to your home?
    3       A.   No
```

**Linked Issues:** CRT's Counter Designations

**Pg: 28 Ln: 4 - 11**

**Annotation:**
```
28: 4       Q.   Okay.  So you would accept her in your home and
    5    you'd prefer that even under your current circumstances?
    6       A.   Yeah.  As long as I was offered what I should
    7    be offered to care for her, absolutely.
    8       Q.   Well, I guess I'm asking -- we're dancing
    9    around the issue.
   10            What would it take?  An additional room and
   11    24/7 attendant care?
```

**Linked Issues:** State's Affirmative Designations