UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 12-60460-CV-MIDDLEBROOKS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

STATE OF FLORIDA,

    Defendant.
_____/

**JOINT MOTION FOR LEAVE FOR ADDITIONAL SUPPORT STAFF AND IN-HOUSE COUNSEL TO BRING ELECTRONIC DEVICES INTO THE COURTHOUSE**

Plaintiff, the United States of America (the "United States"), and Defendant, the State of Florida (the "State"), respectfully request an Order granting permission for additional members of their support staff to bring certain electronic devices (laptop computers and cell phones) into the courthouse during the trial from May 8-19, 2023.

1. Specifically, the United States requests that its support staff, Sara Olsen, Wayne (Chris) Simmons, and Krysten Diaz-Silveira, be permitted to bring laptops and cell phones into the courthouse during trial. The State of Florida requests that Katelyn Boswell, Chief Legal Counsel for the Florida Department of Health, be permitted to bring a cell phone into the courthouse. Use of laptops by these individuals will aid counsel, provide for quick, efficient access to voluminous documents, and allow for a more orderly flow during trial. Use of cell phones by support staff will allow for more efficient coordination of witness appearances, especially for witnesses who are coming from out of town—which includes most of the United States' witnesses. Access to a cell phone will enable Ms. Boswell to attend the trial during the second week without

detriment to other important matters for which she is responsible at the Florida Department of Health. In sum, use of the abovementioned devices will improve overall trial efficiency and, in Ms. Boswell's case, permit her attendance at trial consistent with her other obligations.

2. The parties, their support staff, and counsel are aware of the Court's prohibition against the use of electronic devices as cameras or recording devices and will comply with that directive.

3. A proposed order is attached as Exhibit A.

**WHEREFORE**, the United States and the State respectfully request an Order allowing additional support staff and in-house counsel to use laptops and cell phones in the courtroom during trial.

| | |
|---|---|
| **Dated:** May 6, 2023 | Respectfully submitted, |

| | |
|---|---|
| MARKENZY LAPOINTE<br>United States Attorney<br>Southern District of Florida | REBECCA B. BOND<br>Chief |
| | ANNE S. RAISH<br>Principal Deputy Chief<br>ELIZABETH E. McDONALD<br>Deputy Chief |
| /s/ Veronica Harrell-James<br>VERONICA HARRELL-JAMES<br>Assistant United States Attorney<br>Fla. Bar No. 644791<br>99 N.E. 4th Street, Suite 300<br>Miami, Florida 33132<br>Telephone: (305) 961-9327<br>Facsimile: (305) 530-7139<br>Veronica.Harrell-James@usdoj.gov | /s/ Lindsey Weinstock<br>JAMES FLETCHER, Bar ID A5502825<br>H. JUSTIN PARK, Bar ID A5501850<br>LINDSEY WEINSTOCK, Bar ID A5502063<br>Trial Attorneys<br>Disability Rights Section<br>Civil Rights Division<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, N.W.<br>Washington, D.C. 20530<br>Telephone: (202) 616-2221<br>Facsimile: (202) 307-1197<br>lindsey.weinstock@usdoj.gov |
| | *Counsel for Plaintiff United States of America* |
| | /s/ *Andy Bardos*<br>Andy Bardos (FBN 822671)<br>andy.bardos@gray-robinson.com<br>James Timothy Moore, Jr. (FBN 70023)<br>tim.moore@gray-robinson.com<br>Ashley H. Lukis (FBN 106391)<br>ashley.lukis@gray-robinson.com<br>GRAYROBINSON, P.A.<br>301 South Bronough Street, Suite 600<br>Tallahassee, Florida 32301-1724<br>Telephone: 850-577-9090<br>*Attorneys for Defendant, the State of Florida* |