UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 12-cv-60460-MIDDLEBROOKS/HUNT

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.

**THE STATE OF FLORIDA,**

    **Defendant.**

                                                     /

## JOINT POST-TRIAL STATUS REPORT

Trial was held in this matter from May 8–19, 2023. At the end of trial, the Court stated that it was tentatively inclined to rule in favor of the United States on the merits, but would invite supplemental briefing focused on remedies. The Court ordered the parties to confer and file a joint status report by May 24, 2023, as to whether they reasonably anticipate reaching agreement on language that could be included in a permanent injunction or settlement.

Counsel conferred by telephone on May 23, 2023. At this time, the parties do not reasonably anticipate reaching agreement on language that could be included in a permanent injunction or which would be a settlement. Thus, as directed by the Court, the United States will submit a brief on remedies on May 30, 2023, and the State will submit a response on June 5, 2023.

| | |
|---|---|
| **Dated:** May 24, 2023 | Respectfully submitted, |
| MARKENZY LAPOINTE<br>United States Attorney<br>Southern District of Florida | REBECCA B. BOND<br>Chief |
| /s/ *Veronica Harrell-James*<br>VERONICA HARRELL-JAMES<br>Assistant United States Attorney<br>Fla. Bar No. 644791<br>99 N.E. 4th Street<br>Miami, Florida 33132<br>Telephone: (305) 961-9327<br>Facsimile: (305) 530-7139<br>Veronica.Harrell-James@usdoj.gov | ANNE S. RAISH<br>Principal Deputy Chief<br>ELIZABETH E. McDONALD<br>Deputy Chief<br><br>/s/ *Lindsey Weinstock*<br>JAMES FLETCHER, Bar ID A5502825<br>LAUREN LATTERELL POWELL, Bar ID A5502853<br>H. JUSTIN PARK, Bar ID A5501850<br>LINDSEY WEINSTOCK, Bar ID A5502063<br>Trial Attorneys<br>Disability Rights Section<br>Civil Rights Division<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, N.W. (4CON)<br>Washington, D.C. 20530<br>Telephone: (202) 616-2221<br>Facsimile: (202) 307-1197<br>Lindsey.Weinstock@usdoj.gov<br><br>*Counsel for Plaintiff United States of America* |
| | /s/ *Andy Bardos*<br>Andy Bardos (FBN 822671)<br>andy.bardos@gray-robinson.com<br>James Timothy Moore, Jr. (FBN 70023)<br>tim.moore@gray-robinson.com<br>Ashley H. Lukis (FBN 106391)<br>ashley.lukis@gray-robinson.com<br>GRAYROBINSON, P.A.<br>301 South Bronough Street, Suite 600<br>Tallahassee, Florida 32301-1724<br>Telephone: 850-577-9090<br>*Attorneys for Defendant, the State of Florida* |