**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 12-60460-CV-MIDDLEBROOKS

UNITED STATES OF AMERICA,

      Plaintiff,

v.

STATE OF FLORIDA,

      Defendant.

_____/

**THE STATE OF FLORIDA'S REPLY TO UNITED STATES'**
**RESPONSE TO NOTICE CONCERNING SELECTION OF MONITOR**

      The State of Florida respectfully replies to the United States' Response to the State of Florida's Notices Concerning Selection of Monitor (ECF No. 1183).

      Contrary to the United States' assertions, ECF No. 1183 at 2, when the State informed the United States on August 16 that it agreed to Mr. Fitton, the United States did not mention that it still did not have client approval to agree to its own monitor candidate, Mr. Fitton. The United States now acknowledges that, contrary to this Court's injunction, which required the parties to attempt to agree to a monitor by August 15, the United States was not in a position to agree to <u>any</u> monitor candidate by that date—and is <u>still</u> unable to do so. The United States has known of the August 15 deadline since the injunction issued on July 14, and in fact had proposed a July 31 deadline when it filed its proposed injunction on May 31, ECF No. 914-1 at 8. The United States' attempts to cast aspersions at Florida amidst its own delays and non-compliance with the injunction are not credible.

The State again reiterates its agreement to Mr. Fitton and requests an order appointing Mr. Fitton as the monitor in this matter.

Dated August 21, 2023.                    Respectfully submitted,


/s/ *Andy Bardos*
Andy Bardos (FBN 822671)
andy.bardos@gray-robinson.com
James Timothy Moore, Jr. (FBN 70023)
tim.moore@gray-robinson.com
Ashley H. Lukis (FBN 106391)
ashley.lukis@gray-robinson.com
GRAYROBINSON, P.A.
301 South Bronough Street, Suite 600
Tallahassee, Florida 32301-1724
Telephone: 850-577-9090
*Attorneys for Defendant*, *the State of Florida*