**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 12-60460-CV-MIDDLEBROOKS

UNITED STATES OF AMERICA,

      Plaintiff,

v.

STATE OF FLORIDA,

      Defendant.

_____/

## ORDER MODIFYING INJUNCTION

On September 6, 2024, this Court issued an indicative ruling, consistent with Federal Rule of Civil Procedure 62.1, that it would grant the State of Florida's request to strike Part II.C. of the Order of Injunction (DE 1171) if the court of appeals were to remand the matter to this Court for that limited purpose. On October 11, 2024, the court of appeals granted a limited remand to authorize this Court to effectuate its indicative ruling. Accordingly, this Court modifies the Order of Injunction as follows: Part II.C. is hereby **STRICKEN**, and the State of Florida is relieved of any obligation to comply with that provision.

This modification shall take effect immediately. This Order does not modify or otherwise affect any other provisions of the Order of Injunction.

**SIGNED** in Chambers at West Palm Beach, Florida, this 17th of October 2024.

_____
Donald M. Middlebrooks
United States District Judge