**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No.:  12-cv-60460-MIDDLEBROOKS

**UNITED STATES OF AMERICA,**

     **Plaintiff,**

**v.**

**THE STATE OF FLORIDA,**

     **Defendant.**

                                    /

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**
**FOR PLAINTIFF UNITED STATES OF AMERICA**

Pursuant to Southern District of Florida Local Rule 11.1(d)(3), Lindsey Weinstock hereby moves for leave to withdraw as counsel for Plaintiff United States of America and states the following:

1. Ms. Weinstock will soon leave her position with the U.S. Department of Justice.
2. Other attorneys at the U.S. Department of Justice, including James Fletcher, H. Justin Park, and Amanda B. Pearlstein, each at 950 Pennsylvania Ave., NW (4CON), Washington, D.C. 20530, will continue to represent the United States of America in this matter.
3. As required by Southern District of Florida Local Rule 11.1(d)(3), Ms. Weinstock provided notice of her intent to withdraw to opposing counsel, who has no objection to the withdrawal.

Accordingly, Ms. Weinstock respectfully requests that she be permitted leave to withdraw as counsel for the United States of America, for the reasons set forth above.

**Dated:** May 5, 2025

Respectfully submitted,

HAYDEN P. O'BYRNE
United States Attorney
Southern District of Florida

REBECCA B. BOND
Chief

*/s/ Chantel Doakes Shelton*
CHANTEL DOAKES SHELTON
Assistant United States Attorney
Fla. Bar No. 0118626
99 N.E. 4th Street
Miami, Florida 33132
Telephone: (305) 961-9353
Facsimile: (305) 530-7139
CDoakesShelton@usdoj.gov

ANNE S. RAISH
Principal Deputy Chief

ELIZABETH E. McDONALD
Deputy Chief

*/s/ Lindsey Weinstock*
JAMES FLETCHER, Bar ID A5502825
H. JUSTIN PARK, Bar ID A5501850
AMANDA B. PEARLSTEIN, Bar ID A5502892
LINDSEY WEINSTOCK, Bar ID A5502063
Trial Attorneys
Disability Rights Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue, N.W. (4CON)
Washington, D.C. 20530
Telephone: (202) 616-2221
Facsimile: (202) 307-1197
Lindsey.Weinstock@usdoj.gov

*Counsel for Plaintiff United States of America*

2