UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 12-cv-60460-MIDDLEBROOKS

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

**THE STATE OF FLORIDA,**

    Defendant.

_____/

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL
FOR PLAINTIFF UNITED STATES OF AMERICA**

Pursuant to Southern District of Florida Local Rule 11.1(d)(3), Beth A. Esposito, hereby moves for leave to withdraw as counsel for Plaintiff United States of America and states the following:

1. Ms. Esposito will soon leave her position with the U.S. Department of Justice.
2. Other attorneys at the U.S. Department of Justice, including James Fletcher, H. Justin Park, and Amanda B. Pearlstein, each at 950 Pennsylvania Ave., NW (4CON), Washington, D.C. 20530, will continue to represent the United States of America in this matter.
3. As required by Southern District of Florida Local Rule 11.1(d)(3), Ms. Esposito provided notice of her intent to withdraw to opposing counsel, who has no objection to the withdrawal.

Accordingly, Ms. Esposito respectfully requests that she be permitted leave to withdraw as counsel for the United States of America, for the reasons set forth above.

| | |
|---|---|
| **Dated:** May 5, 2025 | Respectfully submitted, |
| | |
| HAYDEN P. O'BYRNE | REBECCA B. BOND |
| United States Attorney | Chief |
| Southern District of Florida | |
| | ANNE S. RAISH |
| */s/ Chantel Doakes Shelton* | Principal Deputy Chief |
| CHANTEL DOAKES SHELTON | |
| Assistant United States Attorney | ELIZABETH E. McDONALD |
| Fla. Bar No. 0118626 | Deputy Chief |
| 99 N.E. 4th Street | |
| Miami, Florida 33132 | */s/ Beth A. Esposito* |
| Telephone: (305) 961-9353 | BETH A. ESPOSITO, Bar ID A5501719 |
| Facsimile: (305) 530-7139 | JAMES FLETCHER, Bar ID A5502825 |
| CDoakesShelton@usdoj.gov | H. JUSTIN PARK, Bar ID A5501850 |
| | AMANDA B. PEARLSTEIN, Bar ID A5502892 |
| | Trial Attorneys |
| | Disability Rights Section |
| | Civil Rights Division |
| | U.S. Department of Justice |
| | 950 Pennsylvania Avenue, N.W. (4CON) |
| | Washington, D.C. 20530 |
| | Telephone: (202) 598-5998 |
| | Beth.Esposito@usdoj.gov |
| | |
| | *Counsel for Plaintiff United States of America* |