**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No.: 12-cv-60460-MIDDLEBROOKS

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.

**THE STATE OF FLORIDA,**

    **Defendant.**

                                            /

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**
**FOR PLAINTIFF UNITED STATES OF AMERICA**

Pursuant to Southern District of Florida Local Rule 11.1(d)(3), Janelle Geddes hereby moves for leave to withdraw as counsel for Plaintiff United States of America and states the following:

1. Ms. Janelle Geddes will soon leave her position with the U.S. Department of Justice.
2. Other attorneys at the U.S. Department of Justice, including James Fletcher, H. Justin Park, and Amanda B. Pearlstein, each at 950 Pennsylvania Ave., NW (4CON), Washington, D.C. 20530, will continue to represent the United States of America in this matter.
3. As required by Southern District of Florida Local Rule 11.1(d)(3), Ms. Janelle Geddes provided notice of her intent to withdraw to opposing counsel, who has no objection to the withdrawal.

Accordingly, Ms. Janelle Geddes respectfully requests that she be permitted leave to withdraw as counsel for the United States of America, for the reasons set forth above.

| | |
|---|---|
| **Dated:** May 6, 2025 | Respectfully submitted, |
| | |
| HAYDEN P. O'BYRNE | REBECCA B. BOND |
| United States Attorney | Chief |
| Southern District of Florida | |
| | ANNE S. RAISH |
| */s/ Chantel Doakes Shelton* | Principal Deputy Chief |
| CHANTEL DOAKES SHELTON | |
| Assistant United States Attorney | ELIZABETH E. McDONALD |
| Fla. Bar No. 0118626 | Deputy Chief |
| 99 N.E. 4th Street | |
| Miami, Florida 33132 | */s/ Janelle Geddes* |
| Telephone: (305) 961-9353 | JAMES FLETCHER, Bar ID A5502825 |
| Facsimile: (305) 530-7139 | H. JUSTIN PARK, Bar ID A5501850 |
| CDoakesShelton@usdoj.gov | AMANDA B. PEARLSTEIN, Bar ID A5502892 |
| | JANELLE GEDDES, Bar ID A5502929 |
| | Trial Attorneys12 |
| | Disability Rights Section |
| | Civil Rights Division |
| | U.S. Department of Justice |
| | 950 Pennsylvania Avenue, N.W. (4CON) |
| | Washington, D.C. 20530 |
| | Telephone: (202) 679-7026 |
| | Facsimile: (202) 307-1197 |
| | Janelle.Geddes@usdoj.gov |
| | |
| | *Counsel for Plaintiff United States of America* |