UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 12-60460-CV-MIDDLEBROOKS

UNITED STATES OF AMERICA,

　　Plaintiff,

v.

STATE OF FLORIDA,

　　Defendant.
_____/

## ORDER GRANTING MOTIONS TO WITHDRAW

THIS CAUSE comes before the Court upon the Motions to Withdraw filed by Lindsey Weinstock, Beth A. Esposito, Elizabeth McDonald, and Janelle Geddes, all of whom are counsel of record for the United States of America in this matter. (DE 1244, 1245, 1246, 1247).

This case was expertly litigated by a team of lawyers from the Civil Rights Division of the United States Department of Justice, specifically the Disability Rights Section. Now it appears that multiple members of that team are ending their tenure with the Department. I will grant the Motions to Withdraw, but I do so with disappointment that capable litigators and dedicated public servants have felt moved to leave their positions with the Department of Justice. I commend Ms. Weinstock, Ms. Esposito, Ms. McDonald, and Ms. Geddes for the extraordinary efforts they undertook in arguing these important issues. With gratitude for their service, I will authorize their withdrawal as counsel in this matter. Accordingly, it is ORDERED and ADJUDGED that:

1. 　　The Motions (DE 1244, 1245, 1246, 1247) are **GRANTED**.

2. 　　Attorneys LINDSEY WEINSTOCK, BETH A. ESPOSITO, ELIZABETH MCDONALD, AND JANELLE GEDDES shall be terminated as counsel of record, and shall no longer have any responsibility for this matter.

2

3. I note that the State of Florida does not oppose the Motions, and the United States' other counsel of record will continue their representation.

**SIGNED** in Chambers at West Palm Beach, Florida this 6 day of May, 2025.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE