**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No.: 12-cv-60460-MIDDLEBROOKS

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

v.

**THE STATE OF FLORIDA,**

    **Defendant.**

_____/

**MOTION FOR LEAVE TO WITHDRAW AS COUNSEL**
**FOR PLAINTIFF UNITED STATES OF AMERICA**

Pursuant to Southern District of Florida Local Rule 11.1(d)(3), Nonney Onyekweli hereby moves for leave to withdraw as counsel for Plaintiff United States of America and states the following:

1. Ms. Nonney Onyekweli will soon leave her position with the U.S. Department of Justice.
2. Other attorneys at the U.S. Department of Justice, including James Fletcher, H. Justin Park, and Amanda B. Pearlstein, each at 950 Pennsylvania Ave., NW (4CON), Washington, D.C. 20530, will continue to represent the United States of America in this matter.
3. As required by Southern District of Florida Local Rule 11.1(d)(3), Ms. Nonney Onyekweli provided notice of her intent to withdraw to opposing counsel, who has no objection to the withdrawal.

Accordingly, Ms. Nonney Onyekweli respectfully requests that she be permitted leave to withdraw as counsel for the United States of America, for the reasons set forth above.

| | |
|---|---|
| **Dated:** May 6, 2025 | Respectfully submitted, |

| | |
|---|---|
| HAYDEN P. O'BYRNE<br>United States Attorney<br>Southern District of Florida | REBECCA B. BOND<br>Chief |
| | ANNE S. RAISH<br>Principal Deputy Chief |
| */s/ Chantel Doakes Shelton*<br>CHANTEL DOAKES SHELTON<br>Assistant United States Attorney<br>Fla. Bar No. 0118626<br>99 N.E. 4th Street<br>Miami, Florida 33132<br>Telephone: (305) 961-9353<br>Facsimile: (305) 530-7139<br>CDoakesShelton@usdoj.gov | ELIZABETH E. McDONALD<br>Deputy Chief<br><br>*/s/ Nonney Onyekweli*<br>JAMES FLETCHER, Bar ID A5502825<br>H. JUSTIN PARK, Bar ID A5501850<br>AMANDA B. PEARLSTEIN, Bar ID A5502892<br>LINDSEY WEINSTOCK, Bar ID A5502063<br>Trial Attorneys<br>Disability Rights Section<br>Civil Rights Division<br>U.S. Department of Justice<br>950 Pennsylvania Avenue, N.W. (4CON)<br>Washington, D.C. 20530<br>Telephone: (202) 315-5955<br>Facsimile: (202) 307-1197<br>Nonny.George@usdoj.gov |
| | *Counsel for Plaintiff United States of America* |

1