UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 12-CV-60460-MIDDLEBROOKS

UNITED STATES OF AMERICA,

    Plaintiff,

v.

THE STATE OF FLORIDA,

    Defendant.

___

## ORDER LIFTING STAY AND REOPENING CASE

THIS CAUSE comes before the Court upon the United States's Notice of Appropriations. (DE 1277). On October 2, 2025, I stayed this matter pending the restoration of appropriations. (DE 1272). On November 13, 2025, the United States filed a Notice indicating that on November 12, 2025, Congress has appropriated funds for the Department of Justice and that the Department resumed normal operations. (DE 1277 at 1). This means that the lapse in appropriations continued for 43 days. In my Order staying this case, I explained that any "deadlines regarding hearings or the status of compliance will be extended commensurate with the duration of the lapse in appropriations (*i.e.*, each deadline would be extended by the total number of days of the lapse in appropriations). (DE 1272). The State of Florida filed its Seventh Quarterly Report on October 31, 2025. (DE 1274). I will therefore adjust the six-day deadline for the United States to serve a response commensurately with length of lapse in appropriations. Accordingly, it is hereby **ORDERED** and **ADJUDGED** that:

1. The stay of this case (DE 1272) is hereby LIFTED.

2. The Clerk of Court is directed to REOPEN this case, which had been administratively closed by Order of this court dated October 2, 2025 (DE 25).

3. Extending the six-day deadline for the United States to serve a response to Florida's Seventh Quarterly Report (DE 1274) by the total number of days of the lapse in appropriations (43), the deadline for the United States to serve its response is December 19, 2025.

**SIGNED** in Chambers at West Palm Beach, Florida, this ___ day of November, 2025.

DONALD M. MIDDLEBROOKS
UNITED STATES DISTRICT JUDGE

cc:

Counsel of Record