UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.:  12-cv-60460-MIDDLEBROOKS/HUNT

**UNITED STATES OF AMERICA,**

    **Plaintiff,**

**v.**

**THE STATE OF FLORIDA,**

    **Defendant.**

_____/

**UNOPPOSED MOTION FOR LEAVE TO WITHDRAW AS
COUNSEL FOR PLAINTIFF UNITED STATES OF AMERICA**

Pursuant to Southern District of Florida Local Rule 11.1(d)(3), H. Justin Park moves for leave to withdraw as counsel for Plaintiff United States of America.  Mr. Park is resigning his position, effective January 24, 2026.  Victoria Thomas and James Fletcher will continue to represent the United States in this matter.  The United States has provided opposing counsel with notice of Mr. Park's intent to withdraw as counsel, and opposing counsel has no objection.

For these reasons, H. Justin Park respectfully requests leave to withdraw as counsel for the United States of America.

**Dated:** January 23, 2026

Respectfully submitted,

*/s/ H. Justin Park*
H. JUSTIN PARK, Bar ID A5501850
Trial Attorney
Disability Rights Section
Civil Rights Division
U.S. Department of Justice
950 Pennsylvania Avenue, N.W. (4CON)
Washington, D.C. 20530
Telephone: (202) 532-3847
justin.park@usdoj.gov

*Counsel for Plaintiff United States of America*