**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 12-60460-CV-MIDDLEBROOKS

UNITED STATES OF AMERICA,

      Plaintiff,

v.

STATE OF FLORIDA,

      Defendant.

_____/

**DEFENDANT STATE OF FLORIDA'S**
**NINTH QUARTERLY STATUS REPORT**

The State of Florida respectfully submits this Ninth Quarterly Status Report as

directed by the Court. ECF No. 1202. This report describes the actions the State has taken

since January 30, 2026—when the State submitted its Eighth Quarterly Status Report, ECF

No. 1280—to implement the unstayed provisions of the Court's injunction (ECF No.

1171).[1] The State also submits the data collections required by Parts II.B., V.A.1., and V.A.3.

of the injunction.

---

[1] On March 31, 2026, a divided panel of the Eleventh Circuit affirmed this Court's injunction in substantial part. *See* Ex. D. "Until the mandate issues, an appellate judgment is not final; the decision reached in the opinion may be revised by the panel, or reconsidered by the en banc court, or *certiorari* may be granted by the Supreme Court." *Flagship Marine Servs., Inc. v. Belcher Towing Co.*, 23 F.3d 341, 342 (11th Cir. 1994). Absent an order that extends or abridges the time, the court's mandate will issue seven days after the later of (i) the deadline to seek panel or en-banc rehearing; or (ii) the entry of an order denying a timely petition for rehearing or motion to stay the mandate. Fed. R. App. P. 41(b). The deadline to file a petition for panel or en-banc rehearing is May 15, 2026. *See* Fed. R. App. P. 40(d)(1)(A).

I.        **Private Duty Nursing Utilization.**

The State continues to take steps to support the nursing workforce in Florida and to enhance the utilization of private duty nursing (PDN) services amid a widely recognized, nationwide nursing shortage. This section discusses the State's efforts to achieve compliance with Parts II.A., II.D., and II.F. of the Court's injunction.

***The CMS Health Plan.*** On November 3, 2025, the Agency for Health Care Administration (AHCA) noticed its intent to award the next contract for the operation of the CMS Health Plan to Molina Healthcare of Florida, Inc. ECF No. 1280 at 6. The CMS Health Plan serves approximately 65 percent of all children who receive PDN services through the Florida Medicaid program. Although one unsuccessful respondent challenged the intended contract award, its challenge has been resolved, and finalization of the contract between AHCA and Molina is in underway. AHCA expects the new contract to take effect on October 1, 2026.

In the procurement process, Molina committed to an array of contract requirements designed to enhance the utilization of PDN services and enable children with medically complex conditions to live in the community:

**1. PDN Withhold Incentive.** Consistent with 42 C.F.R. § 438.6(b)(3), the contract will include a withhold arrangement to provide Molina with a financial incentive to maximize the delivery of authorized PDN services. *See* ECF No. 1237 at 3–4.

The State pays each health plan, including the CMS Health Plan, a monthly capitation payment on behalf of each enrollee in exchange for the plan's provision of Medicaid services to the enrollee. Each year, under the withhold arrangement, AHCA will withhold from

Molina a portion of the capitation payments it makes on behalf of enrollees in the CMS Health Plan. Whether and to what extent Molina earns or forfeits the amount withheld will depend on the statewide PDN ratio that Molina achieves that year.

The contract will also provide for an additional reward payment to Molina at the end of each rate year if Molina's PDN ratio exceeds a specified threshold, and a penalty if Molina's PDN ratio falls below a minimum threshold. Molina will share a portion of any reward payment with home health agencies that achieve PDN ratios above the reward threshold.

**2. Nursing Facility Transition Assistance Benefit.** Like other health plans, Molina will offer a Nursing Facility Transition Assistance Benefit. Families that are preparing to transition their children home from nursing facilities will be entitled to $75,000 per lifetime for home-readiness projects, such as physical adaptations to the family's home or vehicle, to facilitate the transition.

**3. Home Maintenance Assistance Benefit.** Molina will provide a new benefit designed to keep children who live in the community in the community. The benefit consists of $25,000 per lifetime for home-care needs that Medicaid does not cover, including home adaptations, housewares, non-covered transportation services, and housing stability. This benefit will be available to (i) children who have transitioned home from nursing facilities but face imminent readmission; and (ii) children who have lived continuously in the community but would be institutionalized without the financial assistance the benefit provides.

**4. PDN Family Supports.** Molina will provide families of PDN-recipient children with up to $500 annually to support the family during times of transition or intense need to help maintain the child in the home environment during difficult circumstances. Examples include meal delivery; books, games, and treats for minor children; cleaning services; and streaming services.

**5. PDN Cleaning and Chore Services.** If parents cannot maintain an acceptable level of cleanliness in the home because of their efforts to care for a child who receives PDN services, then Molina will provide the family with one full house cleaning per month—including a deep clean where the child sleeps—and up to five hours of chore services each month to assist with household chores and interim cleanliness.

**6. Family Transportation.** When personal transportation is unavailable, Molina will provide families of PDN-recipient children with up to 20 round trips per month to facilitate family activities, such as grocery shopping, leisure activities, and children's athletic and other events.

**7. Home Health Agency Incentive.** When a child transitions from a nursing home to a community setting and successfully remains in the community for one year, Molina will provide the child's home health agency with a financial incentive to reward and encourage the success and durability of transfers from nursing facilities to the community.

**8. Nursing Education.** Recognizing the critical importance of nursing education to the adequacy of the statewide nursing workforce, Molina will invest $0.41 per member per month over the life of the contract in nursing-education initiatives. Scholarships and continuing-education pathways are two possible examples. As previously reported,

4

insufficient capacity in nursing-education programs is a significant contributor to the national nursing shortage and a bottleneck that limits growth of the nursing workforce. ECF No. 1240 at 4. Many applicants to graduate nursing programs are turned away not because they are unqualified, but because nursing faculty, clinical preceptors, and clinical education sites are in short supply.

**9. Care-Coordinator Caseloads.** Currently, under the CMS Health Plan, a care coordinator's caseload may not exceed 15 children who live in nursing facilities or 40 children who are authorized to receive PDN services. Under the new contract, caseloads will be reduced to 10 children who live in nursing facilities, 10 children who are authorized to receive PDN services on a 24/7 basis, or 30 children who are authorized to receive PDN services on a less-than-24/7 basis. ECF No. 1237 at 4. These caseloads are smaller than the maximum caseloads specified in the Court's injunction and, as to children who are authorized to receive PDN services on a 24/7 basis, even smaller than those in the other health plans' contracts.

**10. Family Home Health Aide (FHHA) Services Program.** Molina will also provide financial support for the FHHA Services Program. *First*, Molina will provide a $200 incentive payment to each home health agency whenever a family member qualifies and begins to provide services as a family home health aide. *Second*, Molina will provide an enhanced reimbursement rate—$30 per hour, instead of $25—to a home health agency during a family home health aide's first year of service. *Third*, Molina will provide a family member who does not live with the child with a one-time, $250 gas subsidy to support the family member's provision of family home health aide services.

**11. Health Homes.** Molina has also agreed to increase by 5 percent year-over-year the percentage of children with medically complex conditions who receive services from a health home. The State described the health-home model in two previous status reports. ECF No. 1274 at 7–8; ECF No. 1235 at 3–4. In general, a health home is a provider or a team of healthcare professionals—such as a complex-care clinic—that develops individualized, comprehensive, family-centered care plans for children with medically complex conditions and provides comprehensive care management, access to pediatric specialty and subspecialty services, patient and family support, and referrals to community and social-support services. 42 U.S.C. § 1396w-4a(b)(2), (i)(3)–(4). A health home serves as a single point of contact for the provision of care to children with medically complex conditions and is intended to streamline service delivery.

Finally, Molina recognizes the importance of continuity during the transition from Sunshine's to Molina's administration of the CMS Health Plan. Molina will take several important steps to ensure a smooth transition.

**1. Care Coordination.** Molina will extend offers of employment to all Sunshine care coordinators who are displaced by the Sunshine-to-Molina transition and who meet Molina's employment criteria. To the extent feasible, Molina will maintain care-coordinator assignments to ensure that children retain their current care coordinators. Of course, the planned reduction in the size of care-coordinator caseloads will require some reassignments.

**2. Provider Network.** To ensure that children have the option to retain their current providers, including home health agencies, Molina will attempt to contract with providers

that are not already within its provider network, and that actively service current members of the CMS Health Plan.

**3. Continuity of Care.** Molina will ensure continuity of care for enrollees in the CMS Health Plan. Specifically, recipients may continue to see their current providers until May 31, 2027, or until their care plans are finalized and ongoing services are authorized, whichever is earlier. During the continuity-of-care period, Molina will honor all service authorizations in place at the time of the transition—allowing the child's current home health agency to continue to provide PDN services as before—and will reimburse each out-of-network provider at the same reimbursement rate the provider received immediately before the contract award.

Given the large number of PDN-recipient children enrolled in the CMS Health Plan—nearly two-thirds of the State's total—the benefits and incentives that Molina will offer will impact a sizeable population of children who live at home and receive PDN services. The State anticipates that these initiatives will facilitate transitions from nursing facilities to the community, encourage greater utilization of authorized PDN services, alleviate burdens on families who care for children at home, and promote community-based care for children with medically complex conditions.

***Family Home Health Aide Services.*** The FHHA Services Program allows family members to be trained and paid to care for medically fragile children in their families, reducing demand for PDN services and allowing finite PDN services to be reallocated to children in need. ECF No. 1255 at 3–5.

Until 2023, state law required a home health agency, as a condition of providing *Medicaid* services, to have *Medicare* certification or to demonstrate that it meets the requirements for *Medicare* certification. In 2023, the Legislature exempted home health agencies that provide only PDN services (or the equivalent service for adults) from the Medicare-certification requirement. ECF No. 1214 at 7. Effective April 8, 2026, AHCA amended its administrative rules to permit these specialty home health agencies to employ family home health aides as well.

Specifically, AHCA amended its Provider Enrollment Policy—which Rule 59G-1.060(2), Florida Administrative Code, incorporates by reference—to provide in part as follows: "Home health agencies providing only private duty nursing services, or private duty nursing and family home health aide services, . . . are not required to have Medicare certification or its accreditation equivalents for participation in the Medicaid program to enroll with Florida Medicaid."

This amendment allows more home health agencies to provide family home health aide services and therefore makes more options available to family members who wish to be employed as family home health aides. In doing so, the amendment advances the FHHA Services Program's purpose to alleviate demand for PDN services.

Relatedly, the State now has in place all authorities needed to implement the Legislature's directive to exclude income earned as a family home health aide from the determination of Medicaid eligibility. *See* Ch. 2025-171, §§ 2, 5, Laws of Fla. This change was made in response to reports that some parents had declined to become family home health aides because the additional household income might render their medically fragile children

8

ineligible for Medicaid. AHCA is working with the Florida Department of Children and Families—which performs Medicaid eligibility determinations in Florida, *see* Fla. Stat. § 409.902(1)—to implement the income disregard and further expand the FHHA Services Program.

Meanwhile, on April 8, 2026, AHCA published changes to its proposed amendments to Rule 59A-8.0099, Florida Administrative Code. *See* 52 Fla. Admin. Reg. 1535 (Apr. 8, 2026). Once adopted, the proposed amendments will implement legislative changes to the FHHA Services Program's training requirements. As discussed previously, in 2025, the Legislature reduced the number of necessary training hours that a family member must complete and replaced standardized training modules with training tailored to the child's individualized care needs. ECF No. 1255 at 4.

Finally, the State previously reported that, during the 12-month period beginning on October 1, 2024, 460 children received FHHA services. ECF No. 1280 at 6. The FHHA Services Program continues to expand. During the 18-month period beginning on October 1, 2024, 735 children received FHHA services. The program's continued growth demonstrates both interest in the program and the program's accessibility to interested family members.

***PDN Reimbursement Rates.*** The State's previous report informed the Court that the Governor's recommended budget for Fiscal Year 2026–27 endorsed AHCA's request for new funding to support PDN services—specifically, to support a significant increase in fee-for-service reimbursement rates and implementation of a new fee-for-service reimbursement methodology. ECF No. 1280 at 5.

The Legislature's regular session adjourned on March 13, 2026, without the enactment of a state budget for Fiscal Year 2026–27. The Legislature will convene in special session on May 12, 2026, to enact a budget before the next fiscal year begins on July 1, 2026.

## II.    Data Collection.

The State submits with this report the data collections described in Parts II.B., V.A.1., and V.A.3. of the injunction. Specifically, the State submits the data collections generated since its previous submission. *See* ECF Nos. 1280-1 to 1280-3.

These data collections are organized as Exhibits A, B, and C to this status report. Consistent with this Court's Order, ECF No. 1219, the State submits the data collections under seal and files the data collections required by Part II.B. conventionally on a flash drive.

In September, October, and November 2025, the statewide PDN ratio was 84.0, 84.7, and 82.3 percent respectively.[2] In each of these months, the Medicaid program delivered more than 1.3 million hours of PDN services to children across Florida.

Notably, Florida continues to experience a steady, overall increase in its statewide PDN ratio despite a substantial increase in the number of children who receive PDN services. In Fiscal Year 2021–22, the State provided PDN services to approximately 2,750 children per month. ECF No. 840 at 13 ¶ 52. Four years later, in September, October, and

---

[2] To calculate these figures, the State (i) excluded all children with no reported PDN ratios; (ii) separately aggregated all hours authorized, all hours delivered, all hours refused by the parent or guardian, and all hours foregone because of hospitalization; (iii) subtracted the aggregate number of hours refused by the parent or guardian and the aggregate number of hours foregone because of hospitalization from the aggregate number of hours authorized; and (iv) divided the aggregate number of hours delivered by the aggregate number of hours authorized (reduced as described above).

November 2025, the State provided PDN services to an average of 3,672 children per month. *See* Exs. A-1 to A-3. Thus, the statewide PDN ratio has grown despite a one-third increase in the PDN population over a four-year period. And while the PDN population has increased by one-third, the number of children who live in nursing facilities has declined by nearly 10 percent from April 2023 to April 2026. ECF No. 840 at 10 ¶ 26. The continued growth in the statewide PDN ratio is a testament to the efforts the State and its health plans have made and continue to make to support the nursing workforce and to enhance the utilization of PDN services amid a widely recognized, nationwide nursing shortage.

## III.   Private Duty Nursing Authorization.

Since the Court's issuance of its injunction, the State and its health plans have continued to authorize services that have been demonstrated to be medically necessary pursuant to the State's medical-necessity criteria. In determining the medical necessity of PDN services, the State and its health plans do not apply the "convenience" standard formerly codified at Rule 59G-4.261(3)(a)5., Florida Administrative Code. ECF No. 1235-4 at 5. The State therefore continues to comply with Part II.E. of the Court's injunction.

## IV.   Care Coordination.

The State is compliant with the unstayed provisions of Part III of the injunction.

***Care-Coordinator Caseloads.*** All health plans and Acentra, the State's care-coordination provider for children in the Medicaid fee-for-service program, continue to comply with the caseload limits in Part III.B. of the injunction (15 children in nursing facilities or 40 children who receive PDN services).

***Care-Coordinator Contact Frequencies.*** All health plans and Acentra continue to comply with the contact-frequency requirements in Part III.C. of the injunction.

***Complaints Against Care Coordinators.*** As noted previously, ECF No. 1214 at 15, the State implemented Part III.F. of the injunction when it notified families of their right to submit complaints against care coordinators by calling AHCA's Medicaid Helpline at 877-254-1055 or by selecting "File a Complaint" at https://www.flmedicaidmanagedcare.com.

***Clear Lines of Authority and Communication.*** As noted previously, ECF No. 1214 at 15–16, the State complied with Part III.G. of the Court's injunction when, on September 8, 2023, it disseminated to the health plans and the relevant nursing facilities a document that establishes clear lines of authority and communication between Medicaid care coordinators and nursing-facility case managers.

## V.     Transition Planning.

The State continues to conduct the transition planning process in compliance with Parts I.O., IV.A., and IV.C. of the Court's injunction and the Court's Order Modifying Injunction (ECF No. 1228).

***Transition Plans.*** Care coordinators continue to conduct the transition planning process on the timeline established by the Court. ECF No. 1228. AHCA continues to review transition plans and to engage with health plans to ensure that transition opportunities are fully explored. ECF No. 1240 at 15–16.

***Transition Monitoring.*** AHCA continues to apply the transition-monitoring protocols it implemented in July 2024. ECF No. 1235 at 14–15. Under these protocols, AHCA's Bureau of Medicaid Quality initiates recurring calls with a child's care coordinator

once the child's transition from a nursing facility becomes imminent. *Id.* AHCA continues to provide support and assistance until a successful transition is confirmed, all medical supplies and equipment have been delivered, and a follow-up appointment has been scheduled. *Id.*

**The Transition Assistance Benefit.** The new Nursing Facility Transition Assistance Benefit offers families at least $50,000 for home-readiness projects that facilitate children's transitions home from nursing facilities. ECF No. 1240 at 2–3. In its previous report, the State discussed four families that utilized the new benefit to bring their children home from nursing facilities. ECF No. 1280 at 11. Since then, three more families have done the same.

R.C., a 5-year-old boy, successfully transitioned from Broward Children's Center to live at home with his mother. All medical equipment, medications, transportation, and PDN services were in place in preparation for the transition. The home was safe and well organized, and R.C.'s mother was proficient in the child's care. The transition-assistance benefit enabled R.C.'s mother to purchase an electric ultra-motion recliner, storage organizers, bookshelves, surge protectors, and a bedding set and accessories to facilitate R.C.'s return home.

C.F. transitioned home from Kidz Korner on April 2, 2026. Kidz Korner celebrated his discharge with a parade. C.F. is now home with his mother and receives PDN services. C.F.'s mother utilized the transition-assistance benefit to connect electricity and municipal services.

In 2022, when she was 16 years old, H.R. suffered traumatic brain injuries in an automobile accident. In March 2026, H.R. successfully transitioned home. Her health plan

ensured that all medical equipment was in place upon her arrival home, and the family utilized the transition-assistance benefit to purchase a recliner, mattress pad, pillows, bedding, and overbed table. H.R. receives PDN services and recently began to attend a prescribed pediatric extended care (PPEC) center. Now 20, H.R. will be enrolled in Florida's long-term care managed care program when she no longer qualifies for Medicaid services available only to children.

*The CMAT.* Part IV.B. of the injunction requires the CMAT, at each meeting held for a nursing-facility child, to provide the child's family with information about—and a full opportunity to learn about and explore receipt of—available PDN and other community-based services and supports. Part IV.B. also requires the CMAT to address families' questions about community services or programs and to discuss with families how barriers to community living can be addressed. The State continues to comply with Part IV.B. of the injunction.

## VI.    Miscellaneous.

The State is also compliant with Part VII of the Court's injunction. The State is unaware of any allegation that any family of a PDN-recipient child has been pressured to choose nursing-facility services or to decline community-based services, or has been subjected to retaliation by nursing facilities, hospitals, state staff, or state contractors for seeking alternatives to facility-based care.

Dated May 1, 2026.                    Respectfully submitted,


                                      /s/ *Andy Bardos*
                                      Andy Bardos (FBN 822671)
                                      andy.bardos@gray-robinson.com
                                      James Timothy Moore, Jr. (FBN 70023)
                                      tim.moore@gray-robinson.com
                                      Ashley H. Lukis (FBN 106391)
                                      ashley.lukis@gray-robinson.com
                                      GRAYROBINSON, P.A.
                                      301 South Bronough Street, Suite 600
                                      Tallahassee, Florida 32301-1724
                                      Telephone: 850-577-9090
                                      *Attorneys for Defendant, the State of Florida*