# Exhibit A

## (Filed Conventionally and Under Seal)